UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6334 CR-FERGUSON

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA     )
                             )
     v.                      )
                             )
LOUIS F. PETRILLO,           )
                             )
     Defendant.              )
_____/

## MOTION TO SEAL

The United States of America moves the Court for an order sealing the Indictment and related documents filed in this case, this motion to seal, and any sealing order issued pursuant to this motion. In support thereof, the government states:

1. The defendant has been indicted in this case but has not yet been apprehended.

2. Public filing of this Indictment could alert the defendant and possibly frustrate the government's efforts to arrest him.

3. For these reasons, the government respectfully requests that the Court enter the attached proposed order, sealing until the arrest of the defendant or until further order of the Court, whichever occurs first: (1) the Indictment (along with the accompanying certificate of attorney, penalty sheet, bond

1/2

recommendation and arrest warrant) in this case, (2) this motion to seal, and (3) the attached sealing order.

Dated:   November 30, 2000    Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
ROBERT J. LEHNER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0861669
99 N.E. 4th Street, 4th Floor
Miami, Florida 33132-2111
Tel. No. (305) 961-9020
Fax No. (305) 530-6168