UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6334-CR-FERGUSON

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
v. )
)
LOUIS F. PETRILLO, )
)
Defendant. )
_____/

SEALED ORDER

This matter came before the Court on the motion of the United States to seal the Indictment and related documents, the government's motion to seal, and this Order, involving the above-titled case. After reviewing the file and the government's motion, it is hereby ORDERED and ADJUDGED that the motion is GRANTED.

It is further ORDERED that the Clerk of the Court shall seal and keep secret: (1) the Indictment (along with the accompanying certificate of attorney, penalty sheet, bond recommendation, and arrest warrant) in this case, (2) the government's motion to seal, and (3) this Order. The Clerk shall seal and keep secret the above-referenced documents until the arrest of the defendant or until further order of this Court, whichever occurs first.

DONE AND ORDERED at Miami, Florida this 30th day of November, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Robert J. Lehner, AUSA