```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 00-6334-CR-FERGUSON
                         18 U.S.C. §1503
                                              MAGISTRATE JUDGE
UNITED STATES OF AMERICA    )                       SNOW
                            )
v.                          )
                            )
LOUIS F. PETRILLO,          )
                            )
            Defendant.      )
_____)
```

## INDICTMENT

### COUNT 1

From on or about October 26, 2000, through on or about November 27, 2000, at Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, defendant

LOUIS F. PETRILLO

corruptly endeavored to influence, obstruct, and impede the due administration of justice in <u>United States v. Louis F. Petrillo</u>, Case No. 93-442-CR-ZLOCH, in a Violation of Conditions of Probation judicial proceeding pending in the United States District Court, Southern District of Florida, by creating, and causing the creation of, false and fictitious documents, that is, a Promissory Note/Line of Credit and Line of Credit Draw Requests, in order to mislead the United States District Judge, who is presiding over the judicial

proceeding referenced above, into believing that moneys and funds that had been received by defendant Louis F. Petrillo were loans rather than income.

All in violation of Title 18, United States Code, Section 1503.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROBERT J. LEHNER
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6334-CR-FERGUSON
MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA

v.

**LOUIS F. PETRILLO,**

Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**
*This Indictment Charges An Obstruction Of Justice
Case No. 93-442-CR-ZLOCH

**Superseding Case Information:**

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

**Court Division**: (Select One)

___ Miami  ___ Key West
_X_ FTL  ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   I    0 to 5 days       _X_       Petty       ___
   II   6 to 10 days      ___       Minor       ___
   III  11 to 20 days     ___       Misdem.     ___
   IV   21 to 60 days     ___       Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) ___
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: __Case No. 93-442-CR-ZLOCH__
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? ___ Yes _x_ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

ROBERT J. LEHNER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0861669

*Penalty Sheet(s) attached                                    REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

00 - 6334

**Defendant's Name:** LOUIS F. PETRILLO

**No.:** _____

MAGISTRATE JUDGE
SNOW

**Count #1:**

Obstruction of Justice (18 U.S.C. §1503)

**\*Max. Penalty:** Imprisonment for 10 years

**Count #:**

**\*Max. Penalty:**

**Count #:**

FILED BY
00 NOV 30 PM 2: 15
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

---

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6334 CR-FERGUSON

UNITED STATES OF AMERICA

vs.

LOUIS F. PETRILLO,

Defendant.
_____/

MAGISTRATE JUDGE
SNOW

### CRIMINAL COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?  __X__ Yes  _____ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?  _____ Yes  __X__ No

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
ROBERT J. LEHNER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9020
FAX (305) 536-6168