# United States District Court

___SOUTHERN___ DISTRICT OF ___FLORIDA___

UNITED STATES OF AMERICA

v.

LOUIS F. PETRILLO

**WARRANT FOR ARREST**

00 - CASE NUMBER 6334 CR-FERGUSON

MAGISTRATE JUDGE SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___LOUIS F. PETRILLO___
                                              Name

and bring him or forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

FILED by ___ D.C.
MAG. SEC.

charging him or her with (brief description of offense)  **Obstruction of Justice**

NO 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

in violation of Title ___18___ United States Code, Section ___1503___

STEPHEN T. BROWN
_____
Name of Issuing officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

MAGISTRATE JUDGE
BROWN

[signature]
Signature of Issuing Officer

11/30/00 MIAMI, FLORIDA
Date and Location

Bail fixed at $ ___PTD___ by ___STEPHEN T. BROWN___
                                   Name of Judicial officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

BOND RECOMMENDATION

DEFENDANT     LOUIS F. PETRILLO

$ Pretrial Detention     (Surety, Recognizance, Corp.Surety, Cash)
                         (Jail) (On Bond) (Warrant) (Summons)
                         (Marshal's Custody)

*[signature]*
ROBERT J. LEHNER
ASSISTANT UNITED STATES ATTORNEY

Last Known Address  7900 S.W. 143rd Street, Miami, Florida 33158

What Facility_____

Agent FBI S/A James Lewis
    (**FBI**) (SECRET SERVICE) (DEA) (CUSTOMS) (ATF)

AO (Rev. 3/89)
Bond Recommendation