## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | LOUIS F. PETRILLO (J) 47382-004 | CASE NO: | 00-6334-CR-FERGUSON |
| AUSA: | ROBERT LEHNER — pres | ATTY: | Joseph Paglino |
| AGENT: | | VIOL: | perm |
| PROCEEDING: | INQ RE CNSL/ POSSIBLE PTD/ARRAIGNMENT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD: (yes) no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by ___ D.C.
DEC 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

govt proceeded by proffer

Louis Sellars sworn for cross

PTD Ordered — Absent + risk of flight

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 1-16 | 11 | Seltzer | FTL |

| DATE: | 12/4/00 | TIME: | 11:00 | FTL/LSS TAPE # 00 - 060 | Begin: 6/5 | End: |

re-call 2347
and 00-061 ends - 139