UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,              CASE NO. 00-CR 6334 - WDF

vs.

                             Fla. Bar No. 100028

LOUIS FRANK PETRILLO,

        Defendant.

_____

### NOTICE OF APPEARANCE AS COUNSEL
### FOR DEFENDANT, LOUIS FRANK PETRILLO

**The undersigned,** Joseph S. Paglino, Esq., give Notice of his Appearance as counsel for the Defendant, Louis Frank Petrillo and requests that copies of all pleadings, papers, notices, etc., be served upon him at the below address.

                                     Respectfully submitted:

                                       Law Office of Joseph S. Paglino
                                       Counsel for Defendant Petrillo
                                       12865 West Dixie Highway
                                       North Miami, Florida 33161
                                       Tel. (305) 758-8017

                                       By _____
                                       Joseph S. Paglino, Esq.
                                       Fla. Bar No. 100028

### CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true copy of the foregoing was furnished by hand to the AUSA assigned to this cause in open court at the United States District Court, Broward County Branch, this 4 day of December 2000.

                                         Joseph S. Paglino, Esq.

Page 1 of 1