UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COPY FOR JUDGE

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 00-CR 6334 *WDF*

vs.

    Fla. Bar No. 100028

LOUIS FRANK PETRILLO,

    Defendant.

_____

### DEFENDANT PETRILLO'S REQUEST FOR DISCOVERY AND INSPECTION FROM PLAINTIFF/UNITED STATES

Defendant, Louis Frank Petrillo, by counsel, hereby requests Disclosure, Discovery and Inspection of evidence from the Plaintiff/United States, as required by Rule 16(a)(1)(A)(B)(C)(D) and (E) [expert witnesses], Fed.R.Crim.P. and requests continuing disclosure by the Plaintiff/United States, pursuant to subdivision (c), etc.

Respectfully submitted:

Law Office of Joseph S. Paglino
Counsel for Defendant Petrillo
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

By _____
    Joseph S. Paglino, Esq.

### CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true copy of the foregoing was furnished by hand to the AUSA assigned to this cause in open court at the United States District Court, Broward County Branch, this ___ day of December 2000.

_____
Joseph S. Paglino, Esq.