# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

LOUIS F. PETRILLO

**WARRANT FOR ARREST**

CASE NUMBER: 00-6334-CR-FERGUSON

MAGISTRATE JUDGE SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___LOUIS F. PETRILLO___
Name

and bring him or forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)   **Obstruction of Justice**

in violation of Title ___18___ United States Code, Section ___1503___

STEPHEN T. BROWN
Name of Issuing officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

MAGISTRATE JUDGE BROWN

Signature of Issuing Officer

11/30/00  MIAMI, FLORIDA
Date and Location

Bail fixed at $ ___PTD___ by ___STEPHEN T. BROWN___
Name of Judicial officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Miami, FL |

| DATE RECEIVED 11/30/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 12/1/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: LOUIS F. PETRILLO

ALIAS: None Known

LAST KNOWN RESIDENCE: 7900 S.W. 143rd Street, Miami, Florida 33158

LAST KNOWN EMPLOYMENT: Medical Clinic Operator

PLACE OF BIRTH: New York, New York

DATE OF BIRTH: September 14, 1949

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'9"             WEIGHT: 210 lbs.

SEX: Male                RACE: Caucasian

HAIR: Grey               EYES: Hazel

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Scar Across Abdomen Resulting From Surgical Removal Of Appendix

U.S. Marshals No. 47382-004

FBI NUMBER: 917295TA9

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI
16320 N.W. 2nd Avenue
North Miami Beach, Florida 33169

BOND RECOMMENDATION

DEFENDANT_____LOUIS F. PETRILLO_____

$ **Pretrial Detention**_____(Surety, Recognizance,Corp.Surety, Cash)
                            (Jail) (On Bond) (Warrant) (Summons)
                            (Marshal's Custody)

ROBERT J. LEHNER_____
ASSISTANT UNITED STATES ATTORNEY

Last Known Address__7900 S.W. 143rd Street, Miami, Florida 33158_

What Facility_____

Agent_FBI S/A James Lewis_____
      (**FBI**) (SECRET SERVICE) (DEA) (CUSTOMS) (ATF)

AO (Rev. 3/89)
Bond Recommendation