```
REC'D by _____ D.C.
DKTG
    DEC  5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6334-CR-FERGUSON

```
FILED by _____ D.C.
MAG
    DEC  1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — MIAMI
```

UNITED STATES OF AMERICA,
        Plaintff,

vs.

LOUIS FRANK PETRILLO,
        Defendant.
_____/

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: With the arrest of the above named defendant + the ore tenus motion of the government to unseal the indictment - this Court grants the motion + the indictment is hereby Unsealed

**DONE AND ORDERED** at Miami, Florida this ___1st___ day of DECEMBER_____, 20_00_ .

TAPE NO: 00B- 78-1731 - 2007

                                      ___T.e.B_____
                                      TED E. BANDSTRA
                                      UNITED STATES MAGISTRATE JUDGE

c:  AUSA  Ed Stamm
    DEFENSE COUNSEL.
    PRETRIAL SERVICES
    U.S. MARSHAL