# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )   CASE NUMBER: CR 00-6334-CR-FERGUSON
    Plaintiff )
    -vs- )   REPORT COMMENCING CRIMINAL ACTION
Louis Frank Petrillo )
    Defendant )   47382-004

REC'D by _____ D.C.
DKTG
DEC 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by _____
DEC 1 2000

TO: CLERK'S OFFICE  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
*************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12-01-00   (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: Title 18 USC 1503 - Obstruction of Justice

(4) UNITED STATES CITIZEN:  (X)YES   ( )NO   ( )UNKNOWN

(5) DATE OF BIRTH: 09-14-40

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT   [ ] COMPLAINT   CASE # 00-6334
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: Southern Dist. of Fl.
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [X]YES [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____   (9) ARRESTING OFFICER Jeffrey Jones

(10) AGENCY FBI   (11) PHONE # 305-248-8677

(12) COMMENTS _____