UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6334-CR-FERGUSON

UNITED STATES OF AMERICA

vs

LOUIS F. PETRILLO

ARRAIGNMENT INFORMATION SHEET



The above named Defendant appeared before Magistrate Judge Lurana S. Snow on DECEMBER 4, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:       Address: __CUSTODY_____

                 Telephone:_____

DEFENSE COUNSEL: Name:____JOSEPH S. PAGLINO, ESQ._____

                 Address:_____

                 Telephone:_____

BOND SET/CONTINUED:  $____PTD ORDERED THIS DATE_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __4TH___ day of __DECEMBER_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: /s/ Jenny Butler
Deputy Clerk

Tape No.____00-060/061_____

cc: Copy for Judge
    U. S. Attorney