UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6334-CR-FERGUSON |
| | ) | |
| VS. | ) | |
| | ) | |
| LOUIS F. PETRILLO, | ) | THIS VOLUME: |
| | ) | PAGES 1 - 48 |
| DEFENDANT. | ) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD

BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE,

BROWARD COUNTY, FLORIDA, ON DECEMBER 4, 2000, IN THE

ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:   ROBERT LEHNER, A.U.S.A.

FOR THE DEFENDANT:    JOSEPH S. PAGLINO, ESQ.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**