UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 93-442-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LOUIS F. PETRILLO,

        Defendant.
_____/



CASE NO. 00-6334-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LOUIS F. PETRILLO,

        Defendant.
_____/

## MOTION TO TRANSFER

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves in the two above-titled cases, pursuant to Rule 3.9C, Local Rules, United States District Court for the Southern District of Florida, to transfer Case No. 00-6334-CR-FERGUSON to United States District Judge William J. Zloch, and states as follows:

1. Local Rule 3.9C states as follows:

> Whenever an action or proceeding is filed in the Court which involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the disposition thereof would appear to entail the



> unnecessary duplication of judicial labor if heard by a different Judge, the Judges involved shall determine whether the newly filed action or proceeding shall be transferred to the Judge to whom the earlier filed action of proceeding is assigned.

2. Both of the above-titled cases were initiated when defendant Louis F. Petrillo was charged by indictment with having committed crimes in the Southern District of Florida.

3. In the earlier filed action, Case No. 93-442-CR-ZLOCH, on August 8, 2000, Judge Zloch issued a Probation Violation Arrest Warrant, based upon the United States Probation Office's Petition, which alleged four violations of standard conditions of probation.

4. On August 16, 2000, defendant Petrillo was arrested on Judge Zloch's Arrest Warrant and was released by United States Magistrate Judge William C. Turnoff upon a $250,000 10% bond.

5. Judge Zloch scheduled the Probation Violation Hearing for December 4, 2000.

6. On November 30, 2000, a federal grand jury, sitting in Miami, indicted defendant Petrillo for Obstruction of Justice, in violation of 18 U.S.C. §1503, charging him with creating, and causing the creation of, false and fictitious documents in order to mislead Judge Zloch in conducting the Probation Violation Hearing referred to in paragraph 5, above. See attached Indictment.

7. Thus, it is apparent that Case No. 00-6334-CR-FERGUSON "involves subject matter which is a material part of the subject matter of another action or proceeding then before this Court," to

wit, Case No. 93-42-CR-ZLOCH, and therefore, under Local Rule 3.9C, Case No. 00-6334-CR-FERGUSON should "be transferred to the Judge to whom the earlier filed action or proceeding is assigned," that is, Judge Zloch.

8. Moreover, the United States Probation Office is in the process of amending the probation violation petition to include as a Violation of Mandatory Condition the obstruction of justice charged in Case No. 00-6334-CR-FERGUSON. Thus, the evidence of obstruction of justice to be decided by Judge Zloch in the violation of probation hearing would be identical to the evidence of obstruction of justice to be presented at the trial of Case No. 00-6334-CR-FERGUSON, and appears to "entail the unnecessary duplication of labor" that Rule 3.9C indicates is reason to assign the newly filed case to Judge Zloch.

9. The undersigned Assistant United States Attorney has contacted Ruben Oliva and Walter A. Reynoso, attorneys for defendant Petrillo in Case No. 93-442-CR-ZLOCH, and Joseph S. Paglino, attorney for defendant Petrillo in Case No. 00-6334-CR-FERGUSON, concerning the instant government motion. Mr. Oliva takes no position. Mr. Reynoso and Mr. Paglino oppose the motion.

WHEREFORE, for the reasons stated herein, the government moves that the District Judges assigned to the above-titled cases should determine that the later filed action, Case No.00-6334-CR-FERGUSON,

3

be transferred to Judge Zloch, the District Judge assigned to the earlier filed action, Case No. 93-442-CR-ZLOCH.

                                  Respectfully submitted,

                                  GUY A. LEWIS
                                  UNITED STATES ATTORNEY

By: _____
         ROBERT J. LEHNER
         ASSISTANT UNITED STATES ATTORNEY
         FLORIDA BAR NO. 0861669
         99 N.E. 4th Street, 4th Floor
         Miami, Florida 33132-2111
         Tel. No. (305) 961-9020
         Fax No. (305) 530-6168

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by mail and facsimile this _____ day of December, 2000 to Ruben Oliva, Esq., 2250 S.W. 3rd Avenue, Third Floor, Miami, Florida 33129, Walter A. Reynoso, Esq., 2937 S.W. 27th Avenue, Suite 107, Coconut Grove, Florida 33133, and Joseph S. Paglino, 12865 West Dixie Highway, Second Floor, North Miami, Florida 33161.

                                        _____
                                        ROBERT J. LEHNER
                                        ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6334-CR-FERGUSON

18 U.S.C. §1503

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA )
)
v. )
)
LOUIS F. PETRILLO, )
)
Defendant. )
_____)

## INDICTMENT

### COUNT 1

From on or about October 26, 2000, through on or about November 27, 2000, at Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, defendant

LOUIS F. PETRILLO

corruptly endeavored to influence, obstruct, and impede the due administration of justice in <u>United States v. Louis F. Petrillo</u>, Case No. 93-442-CR-ZLOCH, in a Violation of Conditions of Probation judicial proceeding pending in the United States District Court, Southern District of Florida, by creating, and causing the creation of, false and fictitious documents, that is, a Promissory Note/Line of Credit and Line of Credit Draw Requests, in order to mislead the United States District Judge, who is presiding over the judicial

ATTACHMENT

proceeding referenced above, into believing that moneys and funds that had been received by defendant Louis F. Petrillo were loans rather than income.

All in violation of Title 18, United States Code, Section 1503.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROBERT J. LEHNER
ASSISTANT UNITED STATES ATTORNEY