**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6334-CR-FERGUSON**

UNITED STATES OF AMERICA )
)
    Plaintiff, )
vs. )
)
                      Fla. Bar No. 525693
LOUIS FRANK PETRILLO, )
)
    Defendant. )
_____ )

### NOTICE OF APPEARANCE OF COUNSEL

The Clerk and all parties of record please note the appearance of the as co-counsel for the Defendant in the above styled cause.

Counsel requests that all pleadings, notice, and/or other papers be sent to said co-counsel by the Clerk of the above Court.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFIED** that a true and correct copy of the foregoing was served by United States Mail this /∠ day of December 2000 to: Robert J. Lehner, AUSA, 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111 and Joe Paglino, Esquire, 12865 West Dixie Highway, 2nd Floor, North Miami, Florida.

                                  Respectfully sumitted:

                                  **Law Offices of Walter Reynoso, P.A.**
                                  **Co-Counsel For Defendant**
                                  **Grove Forest Plaza, Suite 107**
                                  **2937 Southwest 27th Avenue**
                                  **Coconut Grove, Florida 33133**
                                  **Tel. (305) 642-8961**

                                  By _____
                                  Walter Reynoso, Esq.