UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA :     CASE NO. 00-6334
                               CR - FERGUSON
    Plaintiff,
vs.
                               Fla. Bar No. 100028
LOUIS FRANK PETRILLO, :

    Defendant.

### NOTICE OF ABSENCE OF CO-COUNSEL JOSEPH S. PAGLINO
### FOR PERIOD DECEMBER 19, 2000 TO JANUARY 13, 2001

Courtesy Notice is given to the Clerk and all parties hereto that the undersigned, Joseph S. Paglino, Esq., a counsel for Defendant, Louis Frank Petrillo, plans to be absent from the state of Florida for the period December 19, 2000 through January 13, 2001 and all matters concerning the Defendant will be handled by co-counsel, Walter Reynoso, Esq., who entered his appearance in this cause on December 12, 2000. Robert J. Lehner, AUSA has heretofore been advised of same.

Respectfully submitted:

Law Office of Joseph S. Paglino
Counsel for Defendant Petrillo
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

By_____
    Joseph S. Paglino, Esq.

### CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true copy of the foregoing was furnished by mail to Robert J. Lehner, AUSA, 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111 & Co-counsel, Walter Reynoso, Esq., Grove Forest Plaza, Suite 107, 2937 Southwest 27th Avenue, Coconut Grove, Florida 33133, this 13 day of December, 2000.

_____
Joseph S. Paglino, Esq.