**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** :  **CASE NO. 00-6334**
                               :  **CR - FERGUSON**
         Plaintiff,            :
vs.                            :
                               :  Fla. Bar No. 100028
**LOUIS FRANK PETRILLO,** :
                               :
         Defendant.            :
_____:

## DEFENDANT'S DEMAND FOR EXCULPATORY MATERIALS

Defendant, by counsel, demands the following exculpatory materials be produced to the Defendant, by his counsel(s) for inspection and copying. *See Brady v. Maryland, 373 US. 83 (1963), etc.,*

1. Copies of all audio and/or videotapes made on Defendant's visits with Probation Officer Frank Will, on or after October 1, 2000 and/or transcripts thereof.

2. Copies of all 1090 IRS Forms made by Defendant's employer, Golden Isles Pharmaceuticals, for the Defendant, for the years 1998, 1999 and 2000.

3. Copies of all Employee Tax Withholding forms for employees of Golden Isles Pharmaceuticals for the years 1998, 1999 and 2000 and proof of payment or non-payment of said taxes.

4. Copies of all 1090 IRS forms made by Golden Isles Pharmaceuticals for the years 1998, 1999 and 2000.

The foregoing materials Numbered 2, 3 & 4 are in the possession of or available to Plaintiff, the United States of America, but not Defendant, since the custodian of these records is presently a cooperating witness of the United States in this prosecution, presently using the name, Lawrence Pinkoff. The Government has not disclosed to Defendant, the whereabouts of the exculpatory materials or Lawrence Pinkoff. The documents are material to the innocence of Defendant, *sub judice*.

Respectfully submitted:

Law Office of Joseph S. Paglino
Counsel for Defendant Petrillo
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

By _____
Joseph S. Paglino, Esq.

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that a true copy of the foregoing was furnished by mail to Robert J. Lehner, AUSA, 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111 & Co-counsel, Walter Reynoso, Esq., Grove Forest Plaza, Suite 107, 2937 Southwest 27th Avenue, Coconut Grove, Florida 33133, this 13 day of December, 2000.

_____
Joseph S. Paglino, Esq.