UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA :     CASE NO. 00-6334
            Plaintiff,             :     CR - FERGUSON
vs.                               :
                                 :     Fla. Bar No. 100028
LOUIS FRANK PETRILLO, :
                                 :     Fla. Bar No. 525693
            Defendant.         :
_____ :

### DEFENDANT'S REQUEST FOR WRITTEN SUMMARIES OF TESTIMONY THE GOVERNMENT EXPECTS O OFFER AT TRIAL UNDER RULES 702, 703 OR 705, Fed.R.Evid.

Defendant, by counsel, requests the government to disclose to the Defendant a written summary of testimony the government reasonably expects to offer at trial under Rules 702, 703 or 705 pf the Federal Rules of Evidence. The summary must describe the witness's opinions, the bases and the reasons therefore and the witnesses qualifications.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by United States Mail, this _14_ day of December, 2000 to Robert J. Lehnar, A.U.S.A., 99 N.E 4th Street, 4th Floor, Miami, Florida 33132-2111.

Respectfully submitted:

Law Office of Joseph S. Paglino
Co-counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

Law Office of Walter A. Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza, Suite 107
2937 Southwest 27th Avenue
Miami, Florida 33133
Tel. (305) 642-8961

By _____
Joseph S. Paglino, Esq.

Page 1 of 1