UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6334-CR-FERGUSON

UNITED STATES OF AMERICA,       )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )
LOUIS F. PETRILLO,              )
                                )
    Defendant.                  )
_____/

### NOTICE OF UNAVAILABILITY

The United States of America, by and through its undersigned Assistant United States Attorney, hereby gives notice that he will be out of the state from Sunday, December 17, 2000 through Sunday, December 31, 2000 on a long-planned family vacation, and that he will not return to his office until Tuesday, January 2, 2001.

WHEREFORE, for the reason herein stated, the undersigned Assistant United States Attorney hereby requests that his responses on all matters that are or become due during the period of his unavailability be continued until January 8, 2001, in order to give him time to conduct appropriate research and prepare a response.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
ROBERT J. LEHNER
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0861669
99 N.E. 4th Street, 4th Floor
Miami, Florida 33132-2111
Tel. No. (305) 961-9020
Fax No. (305) 530-6168

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by mail and facsimile this __16th__ day of December, 2000 to Joseph S. Paglino, 12865 West Dixie Highway, Second Floor, North Miami, Florida 33161, Walter A. Reynoso, Esq., 2937 S.W. 27th Avenue, Suite 107, Coconut Grove, Florida 33133, and Ruben Oliva, Esq., 2250 S.W. 3rd Avenue, Third Floor, Miami, Florida 33129.

ROBERT V. LEHNER
ASSISTANT U.S. ATTORNEY

2