**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 00-6334** |
| | : | **CR - FERGUSON** |
| Plaintiff, | : | |
| vs. | : | |
| | : | Fla. Bar No. 100028 |
| **LOUIS FRANK PETRILLO,** | : | |
| | : | Fla. Bar No. 525693 |
| Defendant. | : | |
| | : | |

## DEFENDANT'S MOTION TO REDACT THE INDICTMENT

Defendant moves for an Order redacting the Indictment, *sub judice*, to remove the following language:

"in violation of a Conditions of Probation"

which appears on line 7 of the Indictment. Redaction is required so as not to prejudice the Defendant by indicating that he has committed a previous crime and tainting the jury. The language is, in any event, surplusage, since it is immaterial what type of judicial proceeding the Defendant is alleged to have obstructed. Nor does 18 USC 1503 specify any particular type of proceeding, but is "generic" in its mandate. *See* 18 U.S.C. 1503. The use of the offensive language so prejudices the Defendant's right to a fair trial that it outweighs any value which inclusion of the language may have in prosecution of the case. As the Indictment now reads, the jury may punish the Defendant for a violation of probation, as opposed to the crime charged.

WHEREFORE, Defendant, by counsel, move the Court for an Order redacting the Indictment and such other relief as the Court deems fit and proper.

## CERTIFICATE OF GOOD FAITH

The undersigned has conferred with the prosecution, but no agreement on this issue was obtained.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail this **16** day of December, 2000 to Robert J. Lehnar, A.U.S.A., 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111.

Respectfully submitted

Law Office of Joseph S. Paglino
Co-counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

Law Office of Walter A. Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza. Suite 107
2937 Southwest 27th Avenue
Miami, Florida 33133
Tel. (305) 642-8961

By _____
Joseph S. Paglino, Esq