**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | **CASE NO. 00-6334** | |
| | **CR - FERGUSON** | |
| Plaintiff, : | | |
| vs. : | | |
| | **Fla. Bar No. 100028** | |
| **LOUIS FRANK PETRILLO,** : | | |
| | **Fla. Bar No. 525693** | |
| Defendant. : | | |

## DEFENDANT'S MOTION TO SUPPRESS AND EXCLUDE EVIDENCE

Defendant, by counsel, pursuant to Rule 12(b)(3), Fed.R.Crim.P., moves to suppress and exclude evidence, to wit, all video/audio and audio tapes, for the reason(s) that the voice portion is not of sufficient quality to discern what is being said, rendering them too inaudible, unintelligible and untrustworthy to use as evidence. The government has a transcript of said tape(s), but indicates that it will not timely produce the transcript as required by this Court's Standing Discovery Order A(1) & (2) [D. 14] and Defendant's Request(s) filed pursuant to Rule 12(d)(2) and 16(a)(1)(A)(B)(C)(D), et. seq. [D. 7 and Defendant's Demand for Exculpatory materials. Late production will be prejudicial to Defendant. Review of the tapes by the Defense finds them to unintelligible and inaudible to be trustworthy in all material portions and impossible to prepare a trustworthy transcript or understand the words on the tapes..

The government based its argument to deny bond to Defendant upon the Transcript which it now indicates it is unable or unwilling to timely provide, although a proffer by AUSA Lehner based upon a "transcript" of the audio/video tapes, a copy of which was in he possession of AUSA at the bond hearing on December 6, 2000, at the time the Honorable Lurana Snow, Magistrate Judge, denied bond to Defendant, based primarily on the government's proffer. [D.16}

## MEMORANDUM OF LAW IN SUPPORT OF MOTION

It is settled that the district court is required to exclude a recording if the inaudible or unintelligible portions "are so substantial as to render the whole recording untrustworthy." *United*



*States v. Sutherland*, 656 F.2d 1181, 1200 (5th Cir. Unit A Sept.1981); *accord Sherman v. Burke Contracting, Inc.*, 891 F.2d 1527, 1533 (11th Cir.1990). This determination of reliability is in the discretion of the trial judge. *See id.* Here, because the unintelligible and inaudible portions are so predominate that the tapes are rendered inadmissible. This may be precisely why the government is unable to timely provide a transcript. Accordingly, the audio and videotapes should be suppressed and excluded as evidence in this cause and such other relief as the Court deems fit and proper.

## CERTIFICATE OF GOOD FAITH

Undesigned counsel discussed the foregoing matter with the government [AUSA Lehner] who indicated that the transcripts will not be produced timely. It is assumed that this is because he can not obtain admissible transcripts. In an abundance of caution, Defendant files this Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail, this __16__ day of December, 2000 to Robert J. Lehnar, A.U.S.A., 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111.

Respectfully submitted:

Law Office of Joseph S. Paglino
Co-counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

Law Office of Walter A. Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza, Suite 107
2937 Southwest 27th Avenue
Miami, Florida 33133
Tel. (305) 642-8961

By _____
Joseph S. Paglino, Esq.