**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 00-6334 |
| | : | CR - FERGUSON |
| Plaintiff, | : | |
| vs. | : | |
| | : | Fla. Bar No. 100028 |
| LOUIS FRANK PETRILLO, | : | |
| | : | Fla. Bar No. 525693 |
| Defendant. | : | |
| _____ | : | |

### DEFENDANT'S MOTION IN LIMINE TO PRECLUDE THE USE OF ANY EVIDENCE THE UNITED STATES PLANNED OR SCHEMED TO OBTAIN FROM DEFENDANT'S ATTORNEY, RUBIN OLIVA, ESQ.

Defendant, by counsel, moves the Court for an Order In Limine and suppression, to preclude the United States from using any evidence, or the fruits thereof, which the United States knowingly planned or schemed to obtain from Ruben Oliva, Esq., or any person acting under the Attorney Client relationship, during Ruben Oliva's representation of Defendant, at a time when the United States was aware of Ruben Oliva's representation of Defendant and any persons acting with the Attorney-Client relationship. *See* US Const., Amend. 6th. *United States v. Morrison.* 449 U.S. 361, 365-66 n.2, 101 S.Ct 665, 669 n.2, 66 L.Ed.2d 564 (1981).

### CERTIFICATE OF GOOD FAITH

Counsel for Defendant has discussed the involved Attorney-Client matter(s) with the United States, by AUSA Lehner, but has been unable to resolve the situation.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail this __16__ day of December, 2000 to Robert J. Lehnar, A.U.S.A., 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111.

Respectfully submitted:

Law Office of Joseph S. Paglino
Co-counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

Law Office of Walter A. Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza, Suite 107
2937 Southwest 27th Avenue
Miami, Florida 33133
Tel. (305) 642-8961

By _____
Joseph S. Paglino, Esq.