UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 00-6334 |
| | : | CR - FERGUSON |
| Plaintiff, | : | |
| vs. | : | |
| | : | Fla. Bar No. 100028 |
| LOUIS FRANK PETRILLO, | : | |
| | : | Fla. Bar No. 525693 |
| Defendant. | : | |
| | : | |

### DEFENDANT'S MOTION FOR NOTICE AND PRODUCTION
### OF RULE 404(b) EVIDENCE AND/OR PROFFERS

Defendant moves for an Order requiring the United States to give prior notice of the content of any Rule 404(b) evidence or other matters which it may seek to introduce in the trial of Defendant.

Defendant requests that the Notice and proffers be given by the United States within the Discovery Time set by the Court heretofore

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail this __16__ day of December, 2000 to Robert J. Lehnar, A U.S.A., 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111.

Respectfully submitted:

Law Office of Joseph S. Paglino
Co-counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

Law Office of Walter A. Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza, Suite 107
2937 Southwest 27th Avenue
Miami, Florida 33133
Tel. (305) 642-8961

By _____
Joseph S. Paglino, Esq.

Page 1 of 1