**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 00-6334** |
| | : | **CR - FERGUSON** |
| **Plaintiff,** | : | |
| **vs.** | : | |
| | : | **Fla. Bar No. 100028** |
| **LOUIS FRANK PETRILLO,** | : | |
| | : | **Fla. Bar No. 525693** |
| **Defendant.** | : | |
| _____ | : | |

### DEFENDANT'S MOTION FOR ORDER IN LIMINE
### AS TO THE USE OF ANY RULE 404(b) EVIDENCE

Defendant moves for entry of an Order In Limine, to preclude the prosecution from introducing any

Rule 404(b) evidence as to Defendant or any Defense witnesses until a Hearing outside of the presence of the

jury is conducted by the Court as to the said evidence to be presented by the prosecution.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States

Mail this _16_ day of December, 2000 to Robert J. Lehnar, A.U.S.A., 99 N.E. 4th Street, 4th Floor, Miami,

Florida 33132-2111

Respectfully submitted

Law Office of Joseph S Paglino
Co-counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

Law Office of Walter A.Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza, Suite 107
2937 Southwest 27th Avenue
Miami, Florida 33133
Tel. (305) 642-8961

By _____
Joseph S. Paglino, Esq.