**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 00-6334 |
| | : | CR - FERGUSON |
| Plaintiff, | : | |
| vs. | : | |
| | : | Fla. Bar No. 100028 |
| LOUIS FRANK PETRILLO, | : | |
| | : | Fla. Bar No. 525693 |
| Defendant. | : | |
| _____ | : | |

### DEFENDANT'S MOTION IN LIMINE TO PRECLUDE TESTIMONY OF RUBEN OLIVA, ESQ., AN ATTORNEY FOR DEFENDANT

Defendant moves for an Order precluding the United States from calling Ruben Oliva, Esq. as a witness for the government, obtaining any work product arising from; or attempting to question or otherwise invade the attorney-client relationship between Defendant, Louis Frank Petrillo and his attorney, Ruben Oliva, Esq .

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail this _16_ day of December, 2000 to Robert J. Lehnar, A.U.S.A., 99 N E. 4th Street, 4th Floor, Miami, Florida 33132-2111.

Respectfully submitted:

Law Office of Joseph S. Paglino
Co-counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

Law Office of Walter A.Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza, Suite 107
2937 Southwest 27th Avenue
Miami, Florida 33133
Tel. (305) 642-8961

By _____
Joseph S. Paglino, Esq.