UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 00-6334 |
| | : | CR - FERGUSON |
| Plaintiff, | : | |
| vs. | : | |
| | : | Fla. Bar No. 100028 |
| LOUIS FRANK PETRILLO, | : | |
| | : | Fla. Bar No. 525693 |
| Defendant. | : | |
| | : | |

### DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF DEFENDANT'S PRIOR CRIMINAL CONVICTION, PUNISHMENT OR PROPATION

Defendant moves for an Order precluding the United States from referring to or presenting any evidence of Defendant's prior conviction, punishment or probation. as it would unfairly prejudice Defendant.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail this **16** day of December, 2000 to Robert J. Lehnar, A.U.S.A., 99 N.E. 4th Street. 4th Floor, Miami, Florida 33132-2111.

Respectfully submitted:

Law Office of Joseph S. Paglino
Co-counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel (305) 758-8017

Law Office of Walter A. Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza, Suite 107
2937 Southwest 27th Avenue
Miami, Florida 33133
Tel (305) 642-8961

By _____
Joseph S. Paglino, Esq.