UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.: 00-6334-CR-FERGUSON

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

LOUIS F. PETRILLO,
    *Defendant.*

_____/



FILED _____ D.C.

DEC 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### DEFENDANT PETRILLO'S MOTION FOR REVIEW OF DETENTION PURSUANT TO 18 USC 3145(b), AND IN THE INTERIM, REQUEST FOR TRANSFER FROM SPECIAL HOUSING TO PRISON GENERAL POPULATION

Defendant Petrillo, by counsel, moves this Honorable Court for revocation or amendment of his Detention Order, pursuant to 18 USC 3145(b), releasing him from "high risk" detention status and release pending trial and says:

1. Defendant is not a flight risk and is accused only of a nonviolent crime, i.e. violation of 18 USC 1503 by allegedly creating a false promissory note to obstruct justice.

2. There is ample evidence adduced, to date, that shows the charge can be successfully defended.

3. Defendant is 60 years old, has been married for almost forty years, has three children residing in Miami-Dade County, substantial ties to the community and is otherwise eligible for release on conditions. Defendant suffers from high blood pressure, diabetes, has heart seizures while in detention and is otherwise in bad shape physically.

4. At his original detention Hearing, the magistrate Judge expressed her belief that "bracelets" are of no value to pre-trial release, which appears to be the reason house detention was not ordered.



      5.      The Court is respectfully requested, pursuant to 18 USC 3145(b) to make a prompt review of his confinement and in the interim, order him released from special detention to the general population, so he can have normal visiting privileges from his family, telephone contact with his counsel, and the ability to review all the evidence against him.

18 USC 3145(b)

> Review of a Detention Order. - If a person is ordered detained by a magistrate, or by a person other than a judge of the court having original jurisdiction over the offense and other than a Federal appellate court, the person may file, with the court having original jurisdiction over the offense, a motion for revocation or amendment of the order. The motion shall be determined promptly.

      6.      For reasons unknown, Defendant is being kept in isolation and not in general population, although he has no record of violence, flight or other abnormal behavior and is in poor health.

      7.      Due to the large volume of documents involved in his case (over two thousand pages to date) it is necessary that the Defendant have telephone access to counsel to answer questions which may arise. Presently, counsel must visit the detention center to ask each question, which is inordinately time consuming, vexatious and unnecessary; all without reason; there are almost daily counsel visits from December 5, 2000 to date. Further, sometimes counsel visits do not permit reviewing of videotapes and audiotapes provided in discovery, precluding the defendant the effective assistance of counsel.

      8.      Defendant has filed an Objection/Appeal from his detention order, but to date, the Court has not set a hearing date on the Objection/Appeal.

WHEREFORE, Defendant by counsel moves this Honorable Court for an Order releasing Defendant pre-trial, conditioned on such surety bond as the Court deem fit and proper and, until the matter can be heard, ordering that Defendant be placed in general population until his Objection/Appeal from Detention Order can be heard by the court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by United States mail this ____ day of December, 2000 to Robert J. Lehner, AUSA, 99 NE 4th Street, 4th Floor 33132-2111.

Respectfully submitted,

Law Office of Joseph S. Paglino
Co-counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel: 305-758-8017

Law Offices of Walter A. Reynoso
Co-Counsel for Defendant
2937 SW 27th Avenue, Suite 107
Miami, Florida 33133

By: _____
WALTER A. REYNOSO, ESQ.
Fla Bar No.: 525693

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 88.9

Defendant's release from detention or to the general population was discussed with the AUSA assigned to this case. AUSA, Robert Lehner, indicates he does not know why Defendant is not in general population and was surprised to hear that he was. He has no position

regarding the Defendant's transfer from special housing to general population. He objects to the Defendant's release prior to trial.

Respectfully submitted,

Law Office of Joseph S. Paglino
Co-counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel: 305-758-8017

Law Offices of Walter A. Reynoso
Co-Counsel for Defendant
2937 SW 27th Avenue, Suite 107
Miami, Florida 33133

By: _____
WALTER A. REYNOSO, ESQ.
Fla Bar No.: 525693