**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA : | CASE NO. 00-6334 | **NIGHT BOX** |
| : | CR - FERGUSON | **FILED** |
| Plaintiff, : | | |
| vs. : | | |
| : | Fla. Bar No. 100028 | JAN 1 2 2001 |
| LOUIS FRANK PETRILLO, : | | |
| : | Fla. Bar No. 525693 | CLARENCE MADDOX |
| Defendant. : | | CLERK, USDC / SDFL / FTL |
| : | | |

## DEFENDANT'S 2nd DEMAND FOR EXCULPATORY MATERIALS

Defendant, by counsel, demands the following exculpatory materials be produced to the Defendant, by his counsel(s) for inspection and copying. *See also Brady v. Maryland, 373 US. 83 (1963), etc.*.

1. Copies of all audio and/or videotapes made on Defendant's visits with Probation Officer Frank Will, on or after October 1, 2000 and/or transcripts thereof.

2. Copies of all 1090 IRS Forms made by Defendant's employer, Golden Isles Pharmaceuticals, for the Defendant, for the years 1998, 1999 and 2000.

3. Copies of all Employee Tax Withholding forms for employees of Golden Isles Pharmaceuticals for the years 1998, 1999 and 2000 and proof of payment or non-payment of said taxes.

4. Copies of all 1099 IRS forms made by Golden Isles Pharmaceuticals for the years 1998, 1999 and 2000.

5. Copies of all W-2, 1099 forms and filings by Golden Isles Pharmaceuticals, Inc. for Louis Frank Petrillo for the years 1998, 1999 and 2000.

6. Copies of all FICA and FUTA forms and filings by Golden Isles Pharmaceuticals for LouisFrank Petrillo for the years 1998, 1999 and 2000.

Page 1 of 2

The foregoing materials Numbered 2, 3, 4, 5 & 6 are in the possession of or available to Plaintiff, the United States of America, but not Defendant, since the custodian of these records is presently an Agent and cooperating witness of the United States in this prosecution, presently using the name, Lawrence Pinkoff. The Government has not disclosed to Defendant, the whereabouts of the exculpatory materials or Lawrence Pinkoff. The documents are material and exculpatory to the defense of Defendant, *sub judice*.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail ___ Hand ✓ this _8_ day of January, 2001, to Robert J. Lehnar, A.U.S.A., 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111.

Respectfully submitted:

Law Office of Joseph S. Paglino
Lead Counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

Law Office of Walter A. Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza, Suite 107
2937 Southwest 27th Avenue
Miami, Florida 33133
Tel. (305) 642-8961

By /s/ Jos. J. Paglino
Joseph S. Paglino, Esq.