**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**NIGHT BOX**
**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 00-6334 |
| | : | CR - FERGUSON |
| **Plaintiff,** | : | |
| vs. | : | |
| | : | Fla. Bar No. 100028 |
| LOUIS FRANK PETRILLO, : | | |
| | : | Fla. Bar No. 525693 |
| **Defendant.** | : | |

JAN 1 2 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### DEFENDANT'S MOTION IN LIMINI FOR FAILURE OF THE UNITED STATES
### TO PROVIDE WRITTEN NOTICE OF THE EVIDENCE IT INTENDS TO USE AT TRIAL

On December 4, 2000, Defendant, by counsel served/filed a Request, pursuant to Rule 12(d)(2), for notice of the evidence which the United States intends to use at trial, which Defendant might be entitled to under Rule16. Since the United States has not produced the requested Rule 12(d)(2) notice/list, Defendant moves the Court for an Order In Limini to preclude the United States from introducing any evidence to which Defendant was entitled to Notice under Rule 12(d)(2), Fed.R.Crim.P.

### CERTIFICATE OF GOOD FAITH

Undersigned counsel has requested AUSA Lehnar to provide the materials requested pursuant to Rule 12(d)(2), but thus far, the United States has declined to supply any such listing/Notice. Hence, this motion.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail ____ Hand ✓ this _8_ day of January, 2001, to Robert J. Lehnar, A.U.S.A., 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111.

Respectfully submitted.

Law Office of Joseph S. Paglino
Lead Counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

43

Law Office of Walter A. Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza, Suite 107
2937 Southwest 27th Avenue
Miami, Florida 33133
Tel (305) 642-8961

By _____
    Joseph S. Paglino, Esq.