UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LOUIS FRANK PETRILLO,

    Defendant.

CASE NO. 00-CR 6334

Fla. Bar No. 100028

JAN 1 2 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### DEFENDANT PETRILLO'S REQUEST FOR NOTICE OF EVIDENCE WHICH PLAINTIFF/UNITED STATES INTENDS TO USE AT TRIAL

Defendant, Louis Frank Petrillo, by counsel, pursuant to Rule 12(d)(2), Fed.R.Crim.P., requests written notice of the evidence which the Plaintiff/United States intends to use at trial of this cause, which is discoverable to Defendant pursuant to any subdivision of Rule 16, *et. seq.*, Fed.R.Crim.P.

Respectfully submitted:

Law Office of Joseph S. Paglino
Counsel for Defendant Petrillo
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

By /S/ _____
Joseph S. Paglino, Esq.

### CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true copy of the foregoing was furnished by hand to the AUSA assigned to this cause in open court at the United States District Court, Broward County Branch, this ____ day of December 2000.

/S/ _____
Joseph S. Paglino, Esq.