HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __LOUIS PETRILLO_____ CASE NO: __00-6334-CR-FERGUSON__

AUSA __ROBERT LEHNER__ *Badfield* ATTY __JOSEPH PAGLINO__ *Not present*

*M/ to transfer pending*
*Disc out*

FILED JAN 16 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

04-004
03292
01-005
0906

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE __1/16/01_____ TIME __11:00_____