UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6334-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,      :

    Plaintiff,             :

v.                              :

LOUIS PETRILLO,                 :

    Defendant.             :
_____

**STATUS REPORT**

A status conference was held in this cause on January 16, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided, and several motions are pending.

    2. This case arises from a probation violation that has been assigned to Chief United States District Judge William Zloch. There is a pending motion to transfer this case to Judge Zloch for consolidation with the probation violation.

DATED at Fort Lauderdale, Florida, this __19th__ day of January, 2001.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Robert Lehner
Joseph Paglino, Esq.

[FILED by ___ D.C.  JAN 19 2001]