UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 00-6334 |
| | : | CR - FERGUSON |
| Plaintiff, | : | |
| vs. | : | |
| | : | Fla. Bar No. 100028 |
| LOUIS FRANK PETRILLO, | : | |
| | : | Fla. Bar No. 525693 |
| Defendant. | : | |
| _____ | : | |

**DEFENDANT'S PROFFER OF STATUS OF CASE
AS OF JANUARY 19, 20001**

Defendant, by counsel, respectfully proffers Defendant's understanding of the status of the case, as follows:

1. The United States has not provided required discovery, has not provided requested Rule 12(d)(2, Fed.R.Crim. P. discovery; has not complied with the Court's Order to file copies of its witness list and document list; has not provided Giglio, Napue or Brady/exculpatory materials demanded by Defendant, despite continuing requests that it do so. Motions are pending to require the United States to provide required discovery, exculpatory materials, motions in limini, to suppress, etc. The United States has immunized a witness, Lawrence Pinkoff, but has not provided a copy of the immunization agreement, promises made, etc.

2. Defendant's position is that the case arises from the United States bringing an Indictment against Defendant for an alleged 18 USC 1503 violation [endeavoring to obstruct justice]. Per, the Court's "blind filing system" the case was assigned to United States District Judge Wilkie Ferguson. The United States is attempting to also charge the Defendant with a probation violation as a result of the Indictment. The United States seeks to have the initially filed 18 USC 1503 case transferred to Chief United States District Judge William Zloch, the Defense objects and seeks to have the case before Judge Zloch transferred to Judge Ferguson for consolidation, before whom the "first" [18 USC 1503] action was filed.

3. There an Objection/Appeal pending from the Defendant's detention Order, since it now appears that it was, inadvertently entered erroneously on December 5, 2000, due to lack of pertinent facts at that time.



Page 1 of 2

Undersigned counsel appeared for the January 16, 2001 status conference but, by his mistake, appeared before Judge Ferguson's Court, which advised the case was off - calendar, pending resolution of the Motion(s) To Transfer. Thus, Defense counsel, erroneously, did not attend the Status Conference. It is assumed that the AUSA, who appears to have reported his understanding of the case status by telephone, inadvertently, overlooked the foregoing and other pending Motions and Matters. [The Clerk, inadvertently, "faxed" a copy of the Status Report to an attorney not involved in the case, with the same name as undersigned counsel, but different office and fax number, who kindly furnished the paper to undersigned counsel this date.]

Respectfully submitted this ____ day of January, 2001.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail, this ____ day of January, 2001, to Robert J. Lehnar, A.U.S.A., 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111.

Law Office of Joseph S. Paglino
Lead Counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017
Fax (305) 892-8434

Law Office of Walter A.Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza, Suite 107
2937 Southwest 27th Avenue
Miami, Florida 33133
Tel. (305) 642-8961
Fax (305) 441-8745

By _____
Joseph S. Paglino, Esq.

Page 2 of 2

# United States District Court

SOUTHERN DISTRICT OF FLORIDA
299 E. BROWARD BOULEVARD
FT. LAUDERDALE, FL 33301

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

DATE: 1-19-01

TO: Joseph Paglino            wrong numbers

TELEPHONE NUMBER: (305) 931-3771
FAX NUMBER: (305) 931-3774

FROM:

TELEPHONE NUMBER: (954)

PAGES: 2 including cover sheet

RE:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6334-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,          :

    Plaintiff,                    :

v.                                 :

LOUIS PETRILLO,                    :

    Defendant.                    :

FILED by _____ D.C.
JAN 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on January 16, 2001. At that conference, the parties informed the Court as follows:

1. Discovery has been provided, and several motions are pending.

2. This case arises from a probation violation that has been assigned to Chief United States District Judge William Zloch. There is a pending motion to transfer this case to Judge Zloch for consolidation with the probation violation.

DATED at Fort Lauderdale, Florida, this _19th_ day of January, 2001.

Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Robert Lehner
Joseph Paglino, Esq.