UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6334-CR-FERGUSON

UNITED STATES OF AMERICA,       )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )
LOUIS F. PETRILLO,              )
                                )
    Defendant.                  )
_____/

GOVERNMENT'S RESPONSE TO
MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its undersigned Assistant United States Attorney, hereby responds to the Motion For Protective Order ("Motion"), (DE 49), filed on behalf of defendant Louis F. Petrillo, and states as follows:

1.  Defendant Petrillo, in his Motion, seeks to prevent the government from calling Ruben Oliva, Esq., to testify at the trial of the above-referenced case, based upon the claim of attorney-client privilege.

2.  Defendant Petrillo's Motion is a duplication of Defendant's Motion In Limine To Preclude The Use Of Any Evidence The United States Planned Or Schemed To Obtain From Defendant's Attorney, Ruben Oliva, Esq., (DE 33), and Defendant's Motion In Limine To Preclude Testimony Or Ruben Oliva, Esq., An Attorney For Defendant (DE 36).

3.  Both DE 33 and DE 36 were responded to in Government's Omnibus Response To Motions Filed By Defendant (DE 41).



4. The instant Motion raises no issue not raised in DE 33 and DE 36.

WHEREFORE, for the reasons stated in Government's Omnibus Response To Motions Filed By Defendant, defendant Petrillo's instant Motion For Protective Order should in all respects be denied.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

By: _____
    ROBERT J. LEHNER
    ASSISTANT UNITED STATES ATTORNEY
    FLORIDA BAR NO. 0861669
    99 N.E. 4th Street, 4th Floor
    Miami, Florida 33132-2111
    Tel. No. (305) 961-9020
    Fax No. (305) 530-6168

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by mail and facsimile this ___6th___ day of February, 2001 to Joseph S. Paglino, 12865 West Dixie Highway, Second Floor, North Miami, Florida 33161, Walter A. Reynoso, Esq., 2937 S.W. 27th Avenue, Suite 107, Coconut Grove, Florida 33133, and Ruben Oliva, Esq., 2250 S.W. 3rd Avenue, Third Floor, Miami, Florida 33129.

                        _____
                        ROBERT J. LEHNER
                        ASSISTANT U.S. ATTORNEY