UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITES STATES OF AMERICA, : | CASE NO. 00-6334 |
| : | CR-FERGUSON |
| Plaintiff, : | |
| vs. : | Fla. Bar No. 100025 |
| : | Fla. Bar No. 525693 |
| LOUIS FRANK PETRILLO, : | |
| : | |
| Defendant. : | |
| _____: | |

### DEFENDANT PETRILLO'S MOTION
### TO ADVANCE CAUSE ON TRIAL CALENDAR

Defendant, Louis Frank Petrillo, by counsel, moves the Court to advance this cause on the Court's Trial Calendar and would show the Honorable Court as follows:

1. This cause has been in abeyance since December 19, 2000 due to the Government's Motion To Transfer the cause to Judge Zloch's division.

2. That matter has been resolved, since Judge Zloch has now issued an Order continuing the matter before him until conclusion of this cause, *sub judice*. App. 1

3. Defendant Petrillo was indicted November 30, 2000, arrested December 1, 2000, denied bond on December 4, 2000 and has been incarcerated since his arrest on December 1, 2000.

4. Defendant has suffered two (2) cardiac seizures since his arrest, the latest requiring him to undergo Angioplasty and insertion of a 'stent' in his coronary artery. He must undergo insertion

of another 'stent' upon recovery from his latest cardiac procedure. It is feared that his cardiac condition, which interferes with blood flow, will have deleterious effects which may preclude his ability to assist counsel at his trial, if the trial is not advanced on the calendar, i.e., 'silent strokes', with their inhibiting effects. [An independent cardiac evaluation has been requested of Defendant]

5. It now also appears that at the time Defendant was denied bond, AUSA Lehner, who objected to the Bond, was, inadvertently, withheld pertinent, exculpatory information, which shows that AUSA Lehner misinterpreted certain language, i.e. "He is going to suffer more than me or you", as evidence of "bodily threats" to Defendant's probation officer. When, in fact, language preceding those words ... which was withheld from AUSA Lehner by his office, due to a "firewall" set up in this case ... and which language is now available to Defense Counsel ...shows that the reference was not to threats of a physical nature, but of a legal nature, due to Defendant's belief that the Probation Officer had committed a significant illegal act.

6. Accordingly, Defendant, by counsel, moves the Court for entry of a Pre-Trial Order, setting this cause for jury trial, disposition of pending motions and Objections/Appeals and such other relief as the Court deems fit and proper.

WHEREFORE, it is respectfully requested that the Court enter a Pre-Trial Order setting this cause for Trial, referring pending motions to a Magistrate Judge for disposition, setting Defendant's pending Objection/Appeal from the Order Denying Bond for Defendant, DE 18, and such other relief as the Court deems fit and proper.

### Certificate Of Good Faith

Undersigned counsel has conferred with AUSA Robert Lehner, who objects to Defendant's request to proceed to trial.

Respectfully Submitted:

Law Office of Joseph S. Paglino
Lead Counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

And

Law Office of Walter A. Reynoso
Co-Counsel for Defendant
Grove Forest Plaza
2937 S.W. 27th Avenue, Suite 107
Coconut Grove, Florida 33133
Tel. (305) 642-8961

By *(signature)*
Joseph S. Paglino, Esq.

### Certificate of Service

IT IS HEREBY CERTIFIED that a true copy of the foregoing was furnished by mail to Robert J. Lehner, AUSA, 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111, this ≤ 7 day of February, 2001.

*(signature)*
Joseph S. Paglino, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 93-0442-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

        v.

LOUIS F. PETRILLO

    Defendant

ORDER

FILED by _____ D.C.
FEB 1 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon Defendant's Motion For A Continuance (filed February 13, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Final Probation Violation Hearing will be reset by further order of the Court upon the notification by the United States Attorney's Office of the conclusion of Case No. 00-6334-CR-Ferguson.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this __16th__ day of February, 2001.

                                              */s/ William J. Zloch*
                                              WILLIAM J. ZLOCH
                                              Chief United States District Judge

cc:

Robert Lehner, Esq., AUSA
Ruben Oliva, Esq.
Walter Reynoso, Esq.
Probation