UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6334-CR-FERGUSON

Magistrate Judge Snow



UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,            )
                              )
v.                            )
                              )
LOUIS F. PETRILLO,            )
                              )
        Defendant.            )
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION FOR IMMEDIATE RELEASE FROM CUSTODY

The United States of America, by and through its undersigned Assistant United States Attorney, hereby responds to "Defendant, Petrillo's, Motion For Immediate Release From Custody" ("Motion"), and states as follows:

1.  In his Motion, defendant Petrillo claims that the government failed to respond to his December 8, 2000 "Defendant's Objections To The December 5, 2000 Order Of The Magistrate Denying Bond To Defendant," DE 18. This claim is wrong. On December 22, 2000, the government filed the "Government's Response To Defendant's Objections To The December 6, 2000 Detention Order Of Magistrate Judge Lurana S. Snow" ("Response"), DE 38.

2.  In its Response, the government quoted from Magistrate Judge Snow's Detention Order (DE 16), which referred to the December 4, 2000 pretrial detention hearing that she had conducted. See 3-4 of DE 38.



3. The government refers the Court to the transcript of the pretrial detention hearing, DE 17, and the Detention Order, DE 16.

4. In the Detention Order, Magistrate Judge Snow found that "[t]here is probable cause to believe the defendant has made threats to the life and safety of his probation officer." DE 16 at 4. Taking into consideration the entire pretrial detention hearing, Magistrate Judge Snow concluded:

> Based upon the above findings of fact, which are supported by clear and convincing evidence, the Court has concluded that this defendant presents a danger to other persons, and there is a very substantial likelihood that he will flee if released on bond."

Id.

5. In his Motion, defendant Petrillo reargues the cases that he cited in "Defendant Petrillo's Motion To Dismiss," DE 53, to wit, United States v. Aguilar, 515 U.S. 593, 115 S. Ct. 2357(1995), and United States v. Vaghela, 169 F.3d 729 (11th Cir. 1999). The government fully responded to such argument in the "Government's Response To Defendant Petrillo's Motion To Dismiss," DE 56. Instead of rearguing the issue here, the government refers the Court to DE 56.

6. Defendant Petrillo's reliance on the Speedy Trial provision, 18 U.S.C. §3164, is misplaced. Under subsection (b) of that section, periods of delay enumerated in 18 U.S.C. §3161(h) are excluded in computing the time limitation of 18 U.S.C. §3164. Section 3161(h)(1)(F) excludes periods during which motions are

pending. A review of the docket sheet of the instant case shows that motions have been pending throughout and that there has been no period of non-excludable time.

7. Defendant Petrillo refers in his Motion to his physical condition. Nowhere in his Motion does defendant Petrillo show that the Bureau of Prisons, with its hospital affiliations, is not competent to provide for any of defendant Petrillo's medical needs.

8. The instant Motion does not in any way undermine the validity of Magistrate Judge Snow's Detention Order, or show a change of condition that warrants re-examination of such Order.

WHEREFORE, for the reasons stated in Magistrate Judge Snow's Detention Order, DE 16, the "Government's Response To Defendant's Objections To The December 6, 2000 Detention Order Of Magistrate Judge Lurana S. Snow," DE 38, and those stated herein, defendant Petrillo's instant Motion should in all respects be denied.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*

ROBERT J. LEHNER
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0861669
99 N.E. 4th Street, 4th Floor
Miami, Florida 33132-2111
Tel. No. (305) 961-9020
Fax No. (305) 530-6168

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by mail this 28th day of March, 2001 to Joseph S. Paglino, 12865 West Dixie Highway, Second Floor, North Miami, Florida 33161, Walter A. Reynoso, Esq., 2937 S.W. 27th Avenue, Suite 107, Coconut Grove, Florida 33133, and Ruben Oliva, Esq., 2250 S.W. 3rd Avenue, Third Floor, Miami, Florida 33129.

ROBERT J. LEHNER
ASSISTANT U.S. ATTORNEY

4