**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 00-6334** |
| | : | **CR - FERGUSON** |
| **Plaintiff,** | : | |
| vs. | : | |
| | : | **Fla. Bar No. 100028** |
| **LOUIS FRANK PETRILLO,** : | | |
| | : | **Fla. Bar No. 525693** |
| **Defendant.** | : | |
| | : | |

### DEFENDANT'S NOTICE OF DISAGREEMENT
### AS TO CONTENT OF TRANSCRIPTS & MOTION TO STRIKE

Defendant, by counsel, gives notice that the defense disagrees with the Government's transcript of tapes for submission to the jury since much of the material is not relevant to the charge against Defendant or is inadmissible for other reasons and should be stricken and not permitted to be used as evidence in this cause. In the event Defendant's Motion(s) to suppress the tapes and transcripts are not granted and the Court is inclined to permit the jury to read portions of the transcripts and/or view audio-videotapes, the Defense believes only the portions of the transcript(s) submitted by Defendant should be permitted to be read by or to the jury and the audio-videotapes should also be edited to confirm with the Defense version of the transcript(s).

### CERTIFICATE OF GOOD FAITH

Undersigned counsel has filed Motion(s) To Suppress the audio-videotapes and transcripts. The Court has not yet ruled on said motions. In view of the uncertainty of the rulings, the Defense proffers what it believes should be submitted to the jury, should the Defense motions to suppress be denied. Undersigned counsel will attempt, in good faith, to work out the matters of suppression and redaction, with the prosecution.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail, this ____ day of April, 2001, to Robert J. Lehnar, A.U.S.A., 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111.

Page 1 of 2



Respectfully submitted:

Law Office of Joseph S. Paglino
Lead Counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017

Law Office of Walter A.Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza, Suite 107
2937 Southwest 27th Avenue
Miami, Florida 33133
Tel. (305) 642-8961

By _____
Joseph S. Paglino, Esq.