**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA :
                         :
          Plaintiff,     :
vs.                      :     CASE NO. 00-6334-CR-FERGUSON
                         :
LOUIS FRANK PETRILLO,    :
                         :     Fla. Bar No. 100028
          Defendant.     :
_____:

### DEFENDANT PETRILLO'S 2ND MOTION TO DISMISS
### FACIAL INSUFFICIENCY OF INDICTMENT

Defendant, by counsel, moves the Court, pursuant to Rule 12(b)(1)(2), Fed.R.Crim.P., to dismiss the Indictment filed against him due to the facial insufficiency of the Indictment, because the Indictment fails to allege an essential element of the offense for conviction, i.e., that the conduct alleged against the Defendant must be such,

"that its natural and probable effect would be the

interference with the due administration of justice".

An Indictment which fails to allege the foregoing essential allegation, is facially insufficient and should be dismissed, pre-trial, since a Defendant can not legally be convicted on an insufficient Indictment. When raised pre-trial, the issue of a facially insufficient Indictment raises a fundamental error of constitutional dimension. US Const. Amend(s). 5th 6th

### Memorandum of Law

It is an essential element for conviction of the Defendant for violation of 18 USC 1503, and that the Indictment allege, *inter alia*, that the conduct alleged against the Defendant be such that its natural and probable effect would be the interference with the due administration of justice. *United States v. Aguilar*, 115 S.Ct. 2357, 515 U.S. 593, 132 L Ed 2d 2357 (1995). *Aguilar*, 115 S.Ct. at

-1-

2362, recognized this essential element of the charging instrument. "... the endeavor must have the 'natural and probable effect' of interfering with the due administration of justice..." *Aguilar, supra*, cited, with approval, *United States v. Wood*, 6 F.3rd 692, 696 (10th Cir. 1993), for this proposition. In *United States v. Wood, supra*, 6 Fd 3d 692 (10th Cir. 1993), the Court dismissed an Indictment charging a violation of 18 USC 1503 for failure of the Indictment to state, facially, the required element that [ as to the defendant's conduct] "that its natural and probable effect would be the interference with the due administration of justice ". *Id* at 695-97. Here, the Indictment against Petrillo does not state this required element for conviction, and, for that reason, *inter alia*, must be dismissed as facially insufficient, nor could Defendant be legally convicted on the present Indictment. The facial insufficiency of the Indictment was, *inter alia*, raised in Defendant's previous Motion To Dismiss, and the instant Motion is supplemental to the pending Motion to Dismiss.

The dismissal, *sub judice*, should be with prejudice, since based upon the undisputed facts alleged by the government employees and in documents filed with this Court ... it is undisputed that Defendant Petrillo never presented or endeavored to present any false document to any government employee, much less a Judge. *See* legal argument and Government admissions recited in Defendant's 1st Motion To Dismiss Indictment.

WHEREFORE, Defendant moves the Court for an Order dismissing the Indictment against him, for facial insufficiency of the Indictment to charge a punishable offense.

### Certificate Of Good Faith

Upon prior conferral and pursuant to his response to Defendant's 1st Motion To Dismiss, AUSA Robert J. Lehner declines to request dismissal of the Indictment. Continuing efforts will also be made to resolve this issue with the Government, pre-trial.

Respectfully Submitted:

Law Office of Joseph S. Paglino, Esq.
Lead Counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Tel. (305) 758-8017
Fax (305) 892-8434

And

Law Office of Walter A. Reynoso, P.A.
Co-counsel for Defendant
Grove Forest Plaza
2937 S.W. 27th Avenue, Suite 107
Coconut Grove, Florida 33133
Tel. (305) 642-8961

By _____
Joseph S. Paglino, Esq.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true copy of the foregoing was furnished by mail to Robert Lehner, AUSA, Office of the United States Attorney, 99 N.E. 4th Street, 4th Floor, Miami, Florida 33132-2111, this 30 day of April, 2001.

_____
Joseph S. Paglino, Esq.

-3-