UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA   01 MAY 31 PM 3: 26

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | CASE NO. 00-6334-CR-FERGUSON |
| LOUIS F. PETRILLO, | |
| | Fla. Bar No. 100028 |
| Defendant. | Fla. Bar No. 525693 |
| | Fla. Bar No. 626074 |

## DEFENDANT, PETRILLO'S EMERGENCY MOTION FOR BOND WITH CONDITIONS OR FURLOUGH TO OBTAIN MEDICAL DIAGNOSIS-TREATMENT

Defendant, Louis F. Petrillo, by three (3) undersigned members of the Federal Bar - counsel, respectfully, moves the Court, as a matter of conscience and on great merit, for an Order releasing Defendant on bond, with conditions or furlough, in order that Defendant may obtain proper, life-saving, medical diagnosis-treatment, and say:

1. Defendant was arrested on November 30, 2000 and has been continuously in custody at the FDIC.

2. Defendant has suffered numerous seizures and loss of consciousness. He has had one emergency angioplasty and the insertion of a stent to attempt to improve blood flow to his heart. Said procedures have been unsuccessful since the Defendant continues to suffer seizures and loss of consciousness. There are indications that Defendant needs appropriate medical diagnosis and treatment which the federal government is unable or unwilling to provide. The Defendant is a severe diabetic, with high blood pressure and other medical problems.

3. Undersigned counsel have noted a severe physical deterioration in Defendant's physical medical condition, and have grave concerns that the inability or unwillingness of the federal government to provide adequate medical treatment will result in Defendant's death. Specifically, last Thursday, May

Page 1 of 3

24, 2001, the Defendant blacked out, falling on his face and had to be rushed to Jackson Memorial Hospital for treatment. It is obvious to any disinterested person that the Defendant is in serious failing health, and without adequate medical treatment will suffer irreparable harm or death.

**WHEREFORE**, Defendant Petrillo, by undersigned counsel, moves the Court for an Order releasing him from custody, forthwith, upon conditions which the Court deems appropriate or furlough, and/or such other relief as the Court deems fit and proper, in order to obtain adequate medical treatment.

                Respectfully submitted,

                Law Office of Joseph S. Paglino
                Lead Counsel for Defendant
                12865 West Dixie Highway
                North Miami, Florida 33161
                Telephone (305) 758-8017
                Facsimile (305) 892-8434

By: _____
      Joseph S. Paglino, Esq.

                Law Offices of Walter A. Reynoso, P.A.
                Co-Counsel for Defendant
                Grove Forest Plaza
                2937 SW 27th Avenue, Suite 107
                Coconut Grove, Florida 33133
                Telephone (305) 642-8961
                Facsimile (305) 441-8745

By: _____
      Walter A. Reynoso, Esq.

                Rojas, Oliva & Ventura, P.A.
                A Counsel for Defendant
                2250 SW 3rd Avenue, Third Floor
                Miami, Florida 33129
                Telephone (305) 856-6868
                Facsimile (305) 856-7771

By: _____
      Ruben Oliva, Esq.

**CERTIFICATE OF GOOD FAITH**

Undersigned counsel have filed this motion because they believe it to have great and compelling merit and as a matter of conscience. Robert Lehner, AUSA assigned to this cause has been consulted by Ruben Oliva, Esq., to obtain his agreement to the motion and, upon consideration he does not agree with the motion.

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that a true and correct copy of the foregoing was furnished by mail to Robert Lehner, AUSA, Office of the United States Attorney, 99 NE 4th Street, 4th Floor, Miami, Florida 33132-2111, this 31st of May, 2001.

Walter A. Reynoso, Esq.