UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 00-6334-CR-FERGUSON

UNITED STATES OF AMERICA,

       *Plaintiff,*

v.

LOUIS F. PETRILLO,

       *Defendant.*

_____/

## NOTICE OF FILING CHARACTER LETTERS IN SUPPORT OF DEFENDANT LOUIS F. PETRILLO'S SENTENCE SET FOR FRIDAY, JUNE 8, 2001

The Defendant, **LOUIS F. PETRILLO**, through undersigned Counsel and in support of the

agreed to sentence in the plea agreement with the Government, provides the following letters for this

Honorable Court to consider.

| | | |
|---|---|---|
| 1. | Paul D. Otero, Youth Minister | St. Richard Office of Youth Ministry |
| 2. | Mark Spencer, Director of Music Ministry | St. Richard Catholic Church |
| 3. | Dr. Kimberly Ann Embry, Friend | South FL Chiropractic Center |
| 4. | Kelly, Elementary Student | Coral Reef Elementary |
| 5. | Valerie A. Duquette | Friend-Parishioner |
| 6. | Francis M. Durklien | Friend-Parishioner |
| 7. | Mary Ann Fierro | Friend |
| 8. | Fred M. Duquette | Friend |
| 9. | Daniel C. Gill | Friend |
| 10. | Mr. & Mrs. Gerard C. Morale | Friends-Parishioners |

| 11. | Ana Roberts | Friend |
|-----|-------------|--------|
| 12. | Hector J. Roberts Jr. | Friend |
| 13. | Brenda Smith | Friend |
| 14. | Evelyn J. Fink | Friend |
| 15. | Brian Gill | Friend |
| 16. | Roseanne G. Bukowski | Friend |
| 17. | Brain Adams and Family | Friends |
| 18. | Patricia A. Marcey | Friend |
| 19. | Dr. L. Petrillo | Daughter |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to: Robert

Lehner, A.U.S.A., Office of the United States Attorney, 99 NE 4th Street, 4th Floor, Miami, Florida

33132-2111, this 6th day of June, 2001.

Respectfully submitted,

Law Offices of Walter A. Reynoso, P.A.
Co-Counsel for Defendant
Grove Forest Plaza
2937 SW 27th Avenue, Suite 107
Coconut Grove, Florida 33133
Telephone (305) 642-8961
Facsimile (305) 441-8745

By: _____
Walter A. Reynoso, Esq.
Florida Bar No. 525693

Law Office of Joseph S. Paglino
Lead Counsel for Defendant
12865 West Dixie Highway
North Miami, Florida 33161
Telephone (305) 758-8017
Facsimile (305) 892-8434

By: _____
Joseph S. Paglino, Esq.
Florida Bar No. 100028

Rojas, Oliva & Ventura, P.A.
A Counsel for Defendant
2250 SW 3rd Avenue, Third Floor
Miami, Florida 33129
Telephone (305) 856-6868
Facsimile (305) 856-7771

By: _____
Ruben Oliva, Esq.
Florida Bar. No. 626074

St. Richard
·Office of Youth
Ministry

7500 SW 152nd
Street
Miami, Florida
33157

Phone:
305/232-3400
Fax:
305/254-2756
Email:
stpaul1961@aol.
com

May 16, 2001

RE: Louis Petrillo
    47382-004

To Whom It May Concern:

One of the most wonderful things about my
work with the youth at our parish is that I
never know when the spirit of God will influence
their lives. An encouraging word from one of
us today might bear fruit years down the
road in the form of a good decision, a kind
word, or a selfless act. Louis Petrillo fills all
thoughts expectations and more.

Having said that, I want to thank you
personally for any support you can offer Louis
Petrillo for his quick return to his service to
our parish family of St. Richard. Your
influential contribution in releasing Louis
Pettrello will allow an atmosphere of caring
and sharing that is invaluable — and lately
greatly missed by me as well as by the youth
of our parish.

Once more, for investing in the future of our
youth program here at our parish and on
behalf of them, thank you for your time.

For His Service,

Paul D. Otero
Youth Minister



Cc: Rev. Ronald J. Pusak

# St. Richard Catholic Church

*Mark Spencer, Office of Music Ministry*
*7500 SW 152 Street*
*Miami, Florida  33157*
*(305) 233-8711*

May 2, 2001

Your Honor,

I am writing you on behalf of Mr. Lou Petrillo.  I met Lou when I came on board here at St. Richard Catholic Church as Music Director back in January of 2000, and we have been good friends ever since.

Lou has never hesitated to go above and beyond the call of duty to help-out both in and around the Parish either financially or physically.  There have been a number of times that I myself have witnessed his loving support of those who were in need.

Ever since he has been gone from us, there are countless ministries that have suffered because of his absence.  I myself have gone to Lou many times not only for advice, but also when I needed a spare "Dad" to help me through any number of difficulties with my work here at Church and my personal life.

There is not a day that goes by that I don't pray that Lou will be able to come back to us.  Until then, I pray that he is well taken care of and watched over as wonderfully as he always has done for those of us here at St. Richard's.

Most Respectfully,

Mark Spencer
Director of Music Ministry
St. Richard Catholic Church



# South Florida Chiropractic Center

Southpark Centre 12673 S. Dixie Hwy. • Miami, Florida 33156
Office: 786-242-6460 • Fax: 786-242-6430

**05-04-01**

Dear Your Honor,

My name is Dr. Kimberly Ann Embry. I am a close friend of the Petrillo family. I have known Mr. Louis Petrillo for nearly three years. During the time that I have known him, I have gained many valuable assets as a result of being his friend: responsibility to my family, to my financial debts. I have learned how to; be a trustworthy-respectable friend, run a business, be persistent in order to achieve a goal, fix things around the house, be an informed consumer, be a volunteer, give of myself without anything in return, love unconditionally, be a respected professional, depend on myself. I have become a better person as a result of knowing him and I am grateful. If every person in this world could share positive traits of themselves as Mr. Petrillo has, the world would be a much more loving and respectable place.

In addition to my personal experience with Mr. Petrillo, I would like to mention a few positive contributions he has made that I have observed. I have seen him carry out duties as a volunteer at various church events including: feeding the homeless, raising money through the church for families in need, organizing various fairs and sporting events, spending his Thursday nights working at BINGO, helping to run the church in an organized manner, creating jobs around the church for people in need, helping to organize fund raisers for scholarships and feeding about fifteen to thirty homeless cats every day.

He has been a friend to anyone in need, always ready to lend a helping hand. I have seen him guide people in the right direction professionally, academically and spiritually. I have seen him carry out duties as a loving father, husband, friend, volunteer, mentor. He is patient and loving to animals as well. My dog used to spend time in Mr. Petrillos' back yard and dig body-sized holes and he would only laugh! He is loved by many, respected, prayed for and looked upon as trustworthy and honorable.

He has been a positive role model to me, a father figure, and a mentor. I have only the utmost respect and loyalty to him and his family. I feel very saddened to see him in an institution; it doesn't seem



## South Florida Chiropractic Center

Southpark Centre 12673 S. Dixie Hwy. • Miami, Florida 33156
Office: 786-242-6460 • Fax: 786-242-6430

possible to me that he is capable to be a person with a criminal status. I
do understand that we must be held accountable for our actions and so I
pray for leniency. I also pray that his remaining years here on earth be
spent with his wife, family and friends.

With honor and respect,

Kimberly Ann Embry, D.C.
13342 SW 144 Terrace
Miami, Fl. 33186
786-293-2823

To whom it may concern:

My name is Kelly Roberts. I am 10 years old and I go to Coral Reef Elementary. My family and I go to St. Richard Church and that is where I met Mr. Lou Petrillo. He is a very nice man. After the softball game that he plays with my dad, he takes my brother, sister, and me to get ice cream. All the kids at church think he is wonderful.

Sincerely,
Kelly

May 17, 2001

To Whom It May Concern,

I am writing this letter on the behalf of Luis Petrillo. I have known Louis for many years, first as a friend of my parents and now as a friend of mine. In the time I have known him, Louis has become like a family member to me.

I first met Louis as a friend of my parents and fellow volunteer of St Richard's Church. I saw how my parents respected him and enjoyed working alongside him during many of the volunteer-based activities for the church. I was soon getting to experience this myself when I began volunteering at our Thursday night Bingo. Throughout the years of being a part of this, I have had the honor and the pleasure of getting to know this great man. Every Thursday Louis would come in with a big smile on his face and greet all the players by name. Louis is always genuinely interested in what is happening in people's lives including mine.

After being involved with Bingo for a while I was invited to participate in several other yearly events for the church. I have worked alongside Louis during countless hours of volunteering for the various picnics, social events, craft fairs, etc. During these times I have seen his generosity towards others and his giving spirit. Louis has always remained humble about all he does for others, shying away from any admiration or praise.

When my parents moved to another state Louis was there making sure that I was ok. He worries about things that my parents worry about in my life. Louis worries about my home, my finances, my job, my stress levels, he is always looking out for me. I have grown to admire, respect, and love Louis. I am very blessed in knowing Louis and his family.

I truly believe that it would be a great disservice to our community to not have Louis around. I believe that a man, who gives of himself and his time as generously as Louis does, should not be taken away from those who still need him.

Sincerely,

Valerie A Duquette

To Whom It May Concern,

I have known Louis Perfillo For The Past Twenty

Five Years. We Have Worked Together On Many Projects

Associated With Our Church. He Is Without A Doubt

The Kindest & Most Consider Person I Have Encounter

In My Lyfe Time. When My Wife Was Dying Of Cancer

He Was Always There To Help & Console Me. Without

His Help & Sympathy I Don't Know How I Would've

Gotten Thru This Terrible Experience. Lou Is A Very

Laid Back Person. He Is Always Helping People

& Doesn't Expect Anything In Return. Whenever

There Is A Major Problem At Church Lou Is The

One Contaced By Father Paback (Our Pastor) For A

Solution & He Always Comes Thru.

I REALLY FEEL HONORED & Happy To WRITE This
LETTER FOR LOU.

*Mary Ann Fierro*
*11338 Southwest 85th Lane*
*Miami, Florida 33173*
*305.279.5775*

May 4, 2001

To Whom It May Concern:

I am writing this letter in the hopes of shedding some light on the true character of my friend, Louis "Lou" Petrillo.

I have known Lou Petrillo for about 25 years. We are members of the same church, Saint Richard Catholic Church, in southwest Dade County. Lou has been very active in practically all aspects of our church community for as long as I can remember, literally "a pillar of the church". He is a faith-filled man.

Even in his present situation, Lou is taking an active part in the planning and the development of an addition to our church. He is considered a vital advisor to our pastor on this project. Lou, for many years, has served on our parish council, which considered, evaluated, and implemented innumerable programs and projects that benefited the entire parish community. His work ethic embodies loyalty and dependability. He is a man who gets the job done.

It is a well-known fact in our parish that Lou is a generous, thoughtful and caring individual. He will willingly help out those in need and the Petrillo family personally has offered me assistance in a time of need. The children of the parish adore him and he can often be seen with a group of children trailing behind him, laughing and playing with him. He always finds the time to give them his attention.

Lou is the epitome of a family man. He has been a devoted husband to Lucy for over 40 years. My children attended school with his children and the Petrillo family could always be seen together at school functions, the children's ballgames, and of course, at church. Their home has always been a welcoming place for many of our gatherings, including a current, on-going Tuesday morning prayer group. Lou has nurtured a close knit and loving family.

I, for one, (and there are many of us) can honestly and sincerely say that Louis Petrillo is a fine man and a good friend.

Sincerely,

*Mary Ann Fierro*

May 16, 2001

To Whom It May Concern;

I, Fred M. Duquette, have known Louis Petrillo since approximately 1990. He and I have worked together on several church committees and projects. I have found him to be generous of his time and talent and always willing to share his knowledge and experience to help others. We have served together on the building committee, social committee, Arts and Crafts Festival committee. He trained me to take responsibility for the weekly bingo program and continued to volunteer his time to support this function.

Lou was one of the church patrons who inspired my return to my faith and who encouraged me to become involved in the community of St. Richard Church. He has agreed to take on responsibilities for the parish when no-one else would give of their time. He has been a champion of projects and activites that encourage the younger families to participate in the St. Richard community.

I have known him seek or create jobs for various people who have been in need of work and steady income. When we relocated to Virginia in August of 1999, I was relieved to know that Lou and Lucy Petrillo would be part of the support group available to my oldest daughter who remained in Miami.

Sincerely,

Fred M. Duquette
11484 Attingham Court
Manassas, VA  20111

May 12, 2001

To Whom It May Concern,

I met Lou Petrillo about 5 years ago at St. Richard Catholic Church. When I first met Mr. Petrillo, I was not quite sure how to take his frequent friendly badgering. After getting to know him, I figured out that this was his way of letting someone know that he liked them. Since then, I have found many admirable qualities about Lou Petrillo.

He is by far the most generous man I have ever met. Lou and I have spent many hours together volunteering on different projects at St. Richard's Church. Many times he has offered to cover the monetary shortfalls on some projects and I have never met a man more giving of his time to his church community. He has always been the first to take the bull by the horns when something needed to get done. Lou and his wife Lucy are always the first to help out and the last to go home.

In all the time I have known Lou and worked along side of him, I have never known him to be dishonest about anything. He has shown his integrity to those of us around him time and time again.

I must say that my life has changed for the worse since Lou has been gone. I am missing a very good friend and someone I have looked up to for guidance for a long time. What is more, the whole church community of St. Richard's is missing a very wise and honorable leader. I do not feel that any good can come from keeping Lou away and our society is being cheated in all the good that he has to offer. In my opinion, it is just not right to keep him from his friends and family where he is needed and has so much to give.

In closing, please do not waste any more of Lou Petrillo's life by keeping him locked away. Let him come home to the community that looks up to him and his extended family that loves him very much. His love and generosity are meant to be shared by all of us.

Sincerely,

Daniel C Gill

Daniel C. Gill

Gerard and Theresa F. Morale
17851 S.W. 92nd Court
Miami, FL 33157
(305)255-8196

May 5, 2001

To Whom It May Concern,

When we were asked if we could write a letter in behalf of Lou Petrillo we were more than happy to do so. We have known Lou and his wife, Lucy, for the past 10 years. We met Lou at our parish, St. Richard's. Lou has been a very close friend to us and our children have grown up around him. Our children think very highly of him and he tends to spoil them. He is a very close friend of the family and would do anything for us, as we would do for him. We have celebrated may holidays and special occasions with Lou, his family and friends.

We admire Lou for all he has done with the church. We have worked with him and attended many functions that Lou has been involved with such as craft fairs, dances and picnics. He has been someone we could look up to and ask opinions in different situations in our life.

Sincerely,

Gerard C. Morale

Theresa F. Morale

To whom it may concern:

I have had the pleasure of Knowing Lou and Lucy Petrillo for many years now. Lou has always welcomed my family into his home. He is a very giving and generous person to everyone he meets. He is an outstanding member of our Church and community. Lou is always giving of his time to charity and to those who ask of him.

My husband and I have a lot of affection toward him and his wife Lucy.

Sincerely,

Ana Roberts

5/5/01

To whom it may concern:

I have known Lou Patrillo for over ten years. He is one of the finest, kindness, gentleman I have ever met. In our parish he is a well respected member. He has made my family and myself feel part of the parish from the very beginning. I have never met a person so giving with such a wonderful heart. Children sense this and he is always surrounded by them. I have three children ages 10, 9, and 5. They miss him very much. My son who is the youngest looks and asks for him every Sunday at Church. My daughters are always asking for him because he takes them for ice cream or donuts.

When I have been going threw some very tough times Lou has always been their to listen, and to give me and my family very sound advise. In my business I do a lot of traveling and meet a lot of people. I have a lot of friends and have a large family but I can only count on a few people and Lou is at the top

of that list.

Our church St. Richards has a softball team which I am very proud to be a part of. If it wasn't for Lou Patrillo we would not have a team. He is the glue that gives us unity and holds us all together.

We pray for his return to us he is as fine a man one could wish to meet. He is very spiritual man with sense of moral and ethical principles.

Sincerely,

Hector J Roberts Jr.

MR. & MRS. BYRON SMITH
25500 S.W. 124th Avenue
Miami, Florida   33032
305-258-4717

May 1, 2001

TO WHOM IT MAY CONCERN:

Re:   **_LOUIS PETRILLO_**

Dear Sir:

My Husband and I have been members of St. Richard Catholic Church since 1980. Over the past 21 years we have met many people and have established some wonderful friendships.

One of the friendships that mean the most to us is the one that we have made with Lou & Lucy Petrillo. We have worked particularly close with Lou as we are Chairpersons of the Church's annual Arts and Crafts Festival. The success of our Church's Festival is due greatly to the work and dedication of Lou Petrillo. Lou is a great asset to our Church, as well as to our Community.

Lou is well liked and respected by everyone. One of Lou's greatest gifts is his love of children and animals.    Lou has always bought cat food and made sure that the homeless cats around the Church are fed on a daily basis.

Lou Petrillo is one of those rare people that is truly missed when he is not around and the Community of Saint Richard Catholic Church is a much better place when Lou Petrillo is there.   There are not enough kind words that express how my husband and I, as well as our two teenage daughters, feel about Lou and Lucy Petrillo.

Sincerely yours,

BRENDA SMITH

bes

May 6, 2001

EVELYN J. FINK
18021 SW 89TH AVE
MIAMI, FL 33157
(305) 251-5695

To whom it may concern:

I am writing you today in support of a very dear friend of mine, Lou Petrillo. Mr. Petrillo is currently residing at the Federal Detention Center. There is no way that I tell you about the type of man Lou is. You would need to spend time with Lou to know Lou but I will try to explain why his absence has disrupted so many lives, most of all his family and friends.

I met Lou through the church we attend, St. Richards. Lou was always at the church helping out, late at night at bingo, early in the morning at pancake breakfasts, always on weekends either preparing for or cleaning up after a church dance or craft fair. He was at the ball field every Sunday night because the manager of the church's ball team moved away and Lou choose to take on another job rather than have the team fall apart. He knew how many people enjoyed playing ball and believed it was good to have the church members active. Although he did not prefer to play ball he would get out there and with us if necessary to keep from forfeiting a game.

When Lou was around he usually had a crowd around him because he was entertaining them with his wit and humor or he was advising or giving guidance for whatever the days' project was. One of the people who misses Lou the most is my daughter Melissa. Melissa is 11 years old and has known Lou most of her life.    Lou is the grandfather Melissa doesn't have.    He has taken her under his wing and treated her as his own. Melissa has written to Lou every week since he has been there, sometimes more often. She always looks forward to his responses. She misses him dearly and cries quite often. Lou gave her a bumble bee as a gift about a year ago and since he has been gone she has become very attached to this toy. Melissa took a trip with the girl scouts this weekend and was allowed to take only one bag.   I was surprised to see the bee sleeping with her and asked how she managed to bring it with her. She said she only brought one change of clothes so she could bring the bee. I know this makes her feel close to him.

When Lou gave her the toy I told him it was not necessary to give her gifts she enjoys his company so much the gifts are not as important as spending time with him.   I know he has taken several other under privileged children under his wing and makes sure those kids have gifts at Christmastime.

I miss Lou very much. When I try to help Melissa understand where he is and why, it is difficult for her and myself to believe that such a great man is being kept away from so many people whose lives have been touched by him. I have always believed that what goes around comes around and I know that this is another one of life's hurdle to

overcome, because I know that if Lou is to be compensated for all the good he has done he has many, many years of good times ahead.

If there is anything further I can tell you or if you have any questions please feel free to contact me.

Evelyn Fink

May 14, 2001

To Whom It May Concern,

I have known Mr. Lou Petrillo for about 5 years and when I first met him I was hesitant to speak with him. Once I had a chance to get to know him, however, I found him to be the one of the kindest and most generous people I have ever known. He is someone that I look up to and seek advice from all the time.

As a high school student and now a junior in college, I trusted him to give me guidance about my life and my future. When applying to college as a high school senior, he inspired me to raise my level of expectation of myself concerning which schools to whom I would apply. He helped me with his insight and was always a good example of how to treat other people. I have helped him with various church projects at St. Richard's and found him to often be the first to offer help.

Mr. Petrillo is not a threat to society, nor does he need rehabilitation. On the contrary, he needs to continue to bestow upon his family, friends, and community the same goodwill that he has consistently shown in the past. Thus, we must ask ourselves whether society would benefit or be harmed by this man's freedom. The answer is clear: we must not waste this man's benevolence and do society a greater injustice by concealing him behind steel bars and stone walls.

Sincerely,

Brian Gill

**ROSEANNE BUKOWSKI**
7500 Southwest 172 Street
Miami, Fl 33157-4832
305 233-9731

May 10, 2001

To Whom It May Concern:

Lou Petrillo is my friend, we met at our church 26 years ago. His wife Lucy and I are dear friends.
Please understand what a good, kind, caring and loving person Lou is.

Lou is a wonderful loving husband, Lucy is his life. The first time we had dinner at their home, he
got up and washed all the dishes and put everything up. According to Lucy he started this
immediately after their first son was born. Lucy and their three children are his main concern. Even
when he writes to us, he tells us to thank you for caring for his beautiful Lucy. He has always been
part of his children lives. Taking them on trips, concern for their well being and above all loving
them dearly. He is a number one soft ball coach. All the children love him, even the ones not on his
team. He is there for his family at all times.

I believe that all the parishioners of St. Richard's Parish think that Lou is part of the staff. He gives
more of himself than does the staff. He is the Arts and Crafts Show; he keeps the Bingo games
going weekly. On Sunday the children know him to be the Donut Man. Every child gets a donut
because Lou is there to give them one. The children are his best fans.

Over the years I have met his family, most of his nieces, and nephews have straight teeth because
Lou had braces put on them when they were young. Their parents could not afford them, so Lou
took it upon himself to get it done. They will tell you that Uncle Louie gave them down payments
for their first homes. Always giving is Lou's way of life.

When he had a medical clinic in Liberty City, once again he was a hero. At the holidays there were
turkeys or hams and candies to be given out to the less fortunate. He and Lucy have dressed many
children in Liberty City for the holidays. He made sure everyone was given good care. He
respected the people in Liberty City and they in turn respected him. Lou has many friends there.

Your Honor, I could go on about Lou Petrillo there is so much goodness to this man. Please take
this into consideration. Lou would be so good at running a community project for the less
fortunate. This could serve the public and also help him. Sending Lou away would not benefit
anyone, but by letting him serve the community he could help a lot of people. Perhaps there is a
place in the many charities which could use his help.

Please remember that I ask you to look at Lou as a total person not just a number. Before you
stands a man of honor.

Thank you for your time in reading this letter

Sincerely yours.

ROSEANNE G. BUKOWSKI

May 11, 2001

Dear Magistrate
Re: Louis Petrillo

My name is Brian Adams, and I would like to let you know how Mr. Petrillo and his family have touched my family's life. I met him in the summer of 1990, when I asked for a job to work with his family at a local community medical center, his first words to me after introducing myself was if I were to give you a job there is no room for negotiations about not completing college. I accepted the offer at the interview. I worked for or I should say I worked with him after he sat me down to let me know that I do not work for him I work with him, and this changed my life to completely, I am now apart of a team. At the time being a 20-year-old African American male that was desperately hungry to be accepted by society, the Petrillo family gave me the love, knowledge, security, responsibility and education that I had to have to not be a menace in today's society. I worked with the family for approximately seven years, through out my tenure I managed to become a certified Science teacher and I have a B.S in Health Management. I am presently the owner a Miami based business, in which Mr. Petrillo guides me with his expert tutelage that has helped me be more astute, profitable and stable towards business and life. The reason I'm telling you so much about me just goes to show how Mr. Petrillo have been a huge impact my life. I feel that I owe my life to Mr. Petrillo; he has always been there for my family and me. Since the day I meet him I have seen him help many people in the community I grew up in (Gould's) and the community that I worked in with him (Liberty City). I ask of the mercy of the court to allow him to come home to be with his family and to continue the good works that he has when it comes to helping others. We miss him on the Thursday nights at the church fund raiser (Bingo). Again I ask the mercy of the court for Mr. Petrillo's release, he has very strong ties with the church and the African American community, not only do we need him, but what about the families to be generously touch by his years of experience and guidance, he is a missionary that we never felt we would have access to and he has been with us all the time. Please take this in consideration when reviewing Mr. Petrillo case.

Sincerely,

Brian Adams and Family
(305) 254-5944 home
(305) 643-4100 office

May 23, 2001

Your Honorable Magistrate;

My name is Patricia A. Marcey, I live at 13240 SW 260 Street, Homestead, Florida 33090, and I am 47 years old. I have been a resident of Dade County for the past 25 years. My career was in banking for 22 years and for the past 3 years I have worked for Louis A. Petrillo, Steven Petrillo and Dr. Linda Petrillo. I am writing this letter in regard to Louis F. Petrillo, their father.

Lou has been incarcerated since December 2000. I have known him for approximately 10 years through business relationships and also as a friend. I know him to be a man who is dedicated to his wife of 40 years, to his family, friends, and to his church. He is involved with many aspects of St. Richards Church near his home and he and his wife spend countless hours volunteering their time and energy for activities, projects, and charity events to benefit their parish, as well as numerous other organizations. Lou is a very devoted family man, has raised his family in Dade County, and has always encouraged his children to be the best they can be. Both his sons are successful businessmen and his daughter is a successful doctor, all owning their own businesses, homes, and residing in Dade County. They also were influenced by their father's generosity of time and energy and have followed in his footsteps to help others less fortunate. Lou is also a very compassionate and loyal friend to many. I have heard numerous stories of how he has influenced people's lives and encouraged them to make the right choices involving their personal lives as well as business ventures and their education. He does not show prejudice towards anyone and has helped people of different races and backgrounds. He has a great deal of patience and determination in helping people and I think this is evident in a situation where he taught an illiterate adult man to read and write.

I am hoping that I have been able to shed a little insight on Lou Petrillo, as I know him. He has been a loyal friend to my family, he has helped me make valuable financial, career, and personal decisions that I don't believe I would have been able to do on my own. He is always willing to listen to people, advise them of options, while always keeping their best interest at heart.

I am not trying to "sugar coat" this man, this is truly the man he is. I am not so naïve that I don't realize that he has made some mistakes in his life but I also know that we are all human and we all make mistakes. I also believe these mistakes must be accounted for. One of my main concerns is his age and his deteriorating health. I am aware of his medical history involving diabetes, colon polyps, and a heart condition. I do not believe the prison system is providing him with the proper medical care that he needs to sustain a healthy life. They have provided him with the angioplasty he so badly needed and has scheduled a second one, but then they have not followed up with a proper diet to keep him from returning to the same condition. Some meals he receives mostly starches and fried foods which are definitely detrimental to his health.

In all respects this is a plea for leniency for a man who has become an integral part of so many people's lives and is greatly missed by his family, friends, and community. I know, as well as he, that he must pay his debt to society yet I plead for you to show some consideration if it is in your hands. Maybe it is possible for you to make some recommendation to reduce his sentence or allow him to serve his time in a facility that is within reasonable distance for his wife and children to visit on a regular basis, mainly due to his declining health.

Thank you for taking the time to read my letter and anything that you are willing to do to assist his family and friends in having him return home soon would be greatly appreciated.

Sincerely,

Patricia A. Marcey

# South Florida Chiropractic Center

Southpark Centre 12673 S. Dixie Hwy. • Miami, Florida 33156
Office: 786-242-6460 • Fax: 786-242-6430

Dear Your Honorable,

    This letter is in reference to Louis F. Petrillo # 47382-004. He is an inmate you will have before you very soon. I guess this would be called a character witness letter? Well, how can I not really be biased when I have the best teacher, friend, and father any woman could have? My father may not be perfect and may have made some mistakes in life - who has not? In your eyes, you only knew what you read before you. You do not know this man and all of the wonderful things he has done for me and for everyone he has come in contact with. If everyone in this world was like him, it would be a much more caring, compassionate and wonderful world. As a child growing up, every one of my friends wanted my parents. They were fun, stable, smart, gentle, and encouraging. My father was involved in every sports activity I ever participated in. He coached my teams, year after year with pride! He guided me smoothly through

## South Florida Chiropractic Center

Southpark Centre 12673 S. Dixie Hwy. • Miami, Florida 33156
Office: 786-242-6460 • Fax: 786-242-6430

my teenage years and helped me become a responsible, successful adult. As a newly Florida licensed Chiropractor, I know I will be a great doctor. Not from my years in school, but from all the invaluable lessons I learned while growing up. My father taught me to respect myself and others, to show compassion for other people, to demand justice in unfair times, to be outwardly courageous, and mostly to believe in myself. I only hope to be as wise and wonderful as him when I get to be his age. He is 60 years old. Not a healthy 60 year old either. He has a very complicated and extensive history of Diabetes, Polyps in his colon, and now, Heart Disease. While in prison, for the last 6 months, he has had an angioplasty, which will have to be done on another artery very soon. He has collapsed and injured himself and has been recieving a quality of medical care that is in comparison to a third world country. It is an absolute disgrace. At his age and health conditions he should be relaxing at home, not spending his last days amongst drug dealers and bank robbers with no regard for human life — We all miss his laughter, advice, and compassion in our world. I hope you will read this and take my words to heart as I apologize for being so emotional. I hope you find it in your heart to treat him as he deserves —

Sincerely,