**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 00-6334-CR-FERGUSON**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**
**vs.**

**LOUIS F. PETRILLO, (J)**
        **Defendant.**
_____/

**MINUTES CHANGE OF PLEA**



FILED by _____ D.C.
JUN 13 2001

On June 13, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Walter Reynoso, Esq and Joseph Paglino, Esq, appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) one the indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- (X)   The Court proceeded to pronounce sentence.
- ( )   The Court postponed sentencing until_____ a.m.,
- ( )   and the defendant was allowed to remain on present bond until then;
- ( )   and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;
- ( )   and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Anita LaRocca</u>
Clerk <u>Troy T. Walker</u>