SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

JUN 13 2001

CASE # *OC-6334-cr-WDF*

DEFENDANT *Luis Petrillo*                    JUDGE _ WILKIE D. FERGUSON

Deputy Clerk __ TROY T. WALKER              DATE *June 13, 2001*

Court Reporter ~~Paul Haferling~~ *A. Lalccan*   USPO *Ix. Stanley & T. Will*

AUSA *Robert Lehner*                        Deft's Counsel *Reynold Ferguson*

COUNTS DISMISSED____ All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __ / / __ at_____AM / PM

*Reg Lt to appeal*

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | *10* | *One to run consecutive w/93-442-cr-Sloch* |
| | | | |

Supervised Release *1 year (see & c per details)*

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments_____

Assessment $ *100.00*                      Fine $ *20,000.00*

Restitution /Other _____
                              CUSTODY
*✓* Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __ / /

Commitment Recommendation: *FTC, Miami*
_____

*68*