UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
      Plaintiff,

Vs.

Case No. 00-6334-CR-FERGUSON

LOUIS PETRILLO,
      Defendant,
_____/

FILED by _____ D.C.

*SEP 26 2001*

## ORDER VACATING AMENDED JUDGEMENT & COMMITMENT ORDER

This Cause came before the Court upon the government's oral Motion to

Reconsider the Court's Amended Judgement & Commitment Order. The Court

having considered said motion and the facts stated therein, Accordingly, it is

hereby

**ORDERED AND ADJUDGED** that the Amended Judgement &

Commitment Order entered August 8, 2001 is ***VACATED***. The original

judgement entered July 31, 2001 is reinstated.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 26th _____ day of

September 2001.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Bob J. Lehner, AUSA
Walter Reynoso, Esq.,
U.S. Probation
U.S. Marshal