DEFENDANT: LOUIS F. PETRILLO
CASE NUMBER: 00-6334-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **10 Months BOP**.

The defendant is remanded to the custody of the United States Marshal.

Recommend FPC, Miami

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __9/05/01__ to __FCI- Miami, FL__

at _____, with a certified copy of this judgment.

_Ed Gonzalez Walser_
UNITED STATES MARSHAL

By: _J. Masola_
Deputy U.S. Marshal