DEFENDANT: LOUIS F. PETRILLO
CASE NUMBER: 00-6334-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **10 Months BOP to run consecutive to sentence in case #93-442-CR-WJZ**.

The defendant is remanded to the custody of the United States Marshal.

Recommend FPC, Miami

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _9/25/01_ to _FCI - Miami, FL_
at _15801 SW 137 Ave._, with a certified copy of this judgment.

                                    Ed Gonzalez, Warden
                                    ~~UNITED STATES MARSHAL~~

                                By: J. Mason L.T.C.
                                    ~~Deputy U.S. Marshal~~

73